**Fill in this information to identify the case:**

Debtor name **Legacy Measurement Solutions, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **19-32238**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................ $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................... $ **5,271,315.10**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................... $ **5,271,315.10**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **3,455,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **225,103.01**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **17,211,961.38**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b     $ **20,892,064.39**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Legacy Measurement Solutions, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**19-32238**__

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank** | **Operating** | **5851** | $8,255.00 |
| 3.2. | **Amegy Bank** | **Disbursement** | **3288** | $0.00 |
| 3.3. | **Amegy Bank** | **Payroll** | **2773** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $8,255.00 |
|---|---|

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Addison Office lease deposit** | $11,049.62 |
|---|---|---|

Debtor  **Legacy Measurement Solutions, Inc.**                     Case number *(If known)*  **19-32238**
        Name

---

| 7.2. | **Okarche Office lease deposit** | **$4,500.00** |
| 7.3. | **Shreveport Office lease deposit** | **$3,405.48** |
| 7.4. | **The Woodlands Office lease deposit** | **$24,225.00** |
| 7.5. | **213 Investments-Tyler**<br>**(six months advanced rent)** | **$125,000.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment
    **Rent**
    **Addison Tower Investment Co. (Addison, TX) $25,686**
    **Parkwood Holdings LTD (The Woodlands, TX) $11,758**
    **Petroleum Square LLC (Shreveport, LA) $4,334**
    **SBIBC LLC (Brookfield, OH) $3,605**
    **213 Investments (Tyler, TX) $26,405**
    **P&M Parkway (Brookfield, OH) $18,501**
    **Kudron Land & Development (Okarche, OK) $4,950**

| 8.1. | **ABM Investments Ltd (Wooster, OH) $1,800** | **$97,039.00** |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | **$265,219.10** |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ☒ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **2,538,662.00** | - | **0.00** | = .... | **$2,538,662.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **626,111.00** | - | **0.00** | =.... | **$626,111.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$3,164,773.00** |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

  ☒ No.  Go to Part 5.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Legacy Measurement Solutions, Inc.**
Name

Case number *(if known)* **19-32238**

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **See attached Exhibit "Inventory" Midland $60,307.00 Tyler $3,556,989.00** | 03/12/2019 | $3,617,296.00 | Liquidation | Unknown |
| 20. | **Work in progress** **See attached Exhibit "Inventory" Tyler $567,262.00** | n/a | $567,262.00 | Liquidation | Unknown |
| 21. | **Finished goods, including goods held for resale** **See attached Exhibit "Inventory" Midland $430,636.00 Tyler $5,628.00** | 03/12/2019 | $436,264.00 | Liquidation | Unknown |

| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | | | | $0.00 |
| | Add lines 19 through 22. Copy the total to line 84. |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor   **Legacy Measurement Solutions, Inc.**                    Case number *(If known)*   **19-32238**
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Attached Exhibit B39** **Dallas $66,273.26** **Shreveport $9,731.18** | **$76,004.44** | **Liquidation** | **Unknown** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                 **$0.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See Attached Exhibit B50** **Dallas $1,794.89** **Tyler $84,770.16** | **$86,565.05** | **Liquidation** | **Unknown** |

51.   **Total of Part 8.**
      Add lines 47 through 50.  Copy the total to line 87.                 **$0.00**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor **Legacy Measurement Solutions, Inc.**
Name

Case number *(If known)* **19-32238**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold Improvements at 8521 FM 850 Tyler, TX  75707 (Lessor is 213 Investments)** | Lessee | $0.00 | N/A | $0.00 |
| 55.2.  **Leasehold Improvements at 116 East Liberty Street 2nd Floor Wooster, OH (Lessor is ABM Investments)** | Lessee | $0.00 | | $0.00 |
| 55.3.  **Leasehold Improvements at 16515 Addison Road Suite 800 Addison, TX (Lessor is Addison Tower Investments)** | Lessee | $61,642.72 | | $0.00 |
| 55.4.  **Leasehold Improvements at 14330 Evans Road Okarche, OK (Lessor is Kudron Land & Development)** | Lessee | $0.00 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Legacy Measurement Solutions, Inc.**
Name
Case number *(If known)*   **19-32238**

| | | | |
|---|---|---|---|
| 55.5. | **Leasehold Improvements at 4331 Brantner Road DCP Yard Colorado (Lessor is Lundvall Enterprises, Inc.)** | | |
| | Lessee | $0.00 | $0.00 |
| 55.6. | **Leasehold Improvements at 6882 Parkway Drive Brookfield, OH (Lessor/Landlord is P&M Parkway Associates) (Debtor's Lease is currently subleased to Budco Realty, LLC)** | | |
| | Lessee/Tenant/ Sub-Lessor | $0.00 | $0.00 |
| 55.7. | **Leasehold Improvements at 10077 Grogans Mill Road Suite 200 The Woodlands, TX (Lessor is Parkwood Holding)** | | |
| | Lessee | $0.00 | $0.00 |
| 55.8. | **Leasehold Improvements at 10 74th Street East Williston, ND (Lessor/Landlord is Pat Hegleson) (Debtor's Lease is currently subleased to Trigger Energy, Inc.)** | | |
| | Lessee/Tenant/ Sublandlord | $0.00 | $0.00 |
| 55.9. | **Leasehold Improvements at 1324 N. Hearne Avenue Suite 210 Shreveport, LA (Lessor is Petroleum Square)** | | |
| | Lessee | $0.00 | $0.00 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Legacy Measurement Solutions, Inc.**                    Case number *(If known)*  **19-32238**
Name

| 55.10. | **Leasehold Improvements at 6884 Parkway Drive Brookfield, OH (Lessor is SBIBC LLC) (Debtor's Lease is currently subleased to ...)** | **Lessee/Sublea se Lessor** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**                                                               | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Deferred Taxes** | Tax year **multiple** | **$1,833,068.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Legacy Measurement Solutions, Inc.**                          Case number *(If known)*   **19-32238**
          Name

78.   **Total of Part 11.**                                                        $1,833,068.00
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Legacy Measurement Solutions, Inc.**                    Case number *(If known)*  **19-32238**
         Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,255.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $265,219.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,164,773.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,833,068.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,271,315.10 | + 91b. $0.00 |

92.   **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $5,271,315.10

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

# EXHIBIT - INVENTORY
## (Relates to Schedule B Nos. 19 through 25)

**19. Raw Materials**

| | | |
|---|---|---:|
| Midland | $ | 60,307.00 |
| Tyler | $ | 3,556,989.00 |
| **Total Raw Materials** | **$** | **3,617,296.00** |

**20. WIP**

| | | |
|---|---|---:|
| Tyler | $ | 567,262.00 |
| **Total WIP** | **$** | **567,262.00** |

**21. Finished Goods**

| | | |
|---|---|---:|
| Midland | $ | 430,636.00 |
| Tyler | $ | 5,628.00 |
| **Total Finished Goods** | **$** | **436,264.00** |

| | | |
|---|---|---:|
| **22. Inventory Reserve** | **$** | **(622,401.68)** |

| | | |
|---|---|---:|
| **23.Total Inventory** | **$** | **3,998,420.32** |

# EXHIBIT – ASSETS
# (Relates to Schedule B Nos. 39, 50 and 55)

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10230 - Office Furniture & Equip | 2900-Dallas TX | Server Migration Project | 09/30/17 | $ 48,675.89 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | New Website Develpoment & Construction | 05/31/16 | $ 1,319.11 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ADDISON OFFICE FURNITURE | 12/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ADDISON OFFICE FURNITURE | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ADDISON OFFICE FURNITURE | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CONFERENCE PHONE | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | IT CONSULTING FEES RELATED TO FAS #1701 | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK CABLE FOR NEW CONF ROOM | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NEW PHONE SYSTEM FOR ADDISON LOBBY | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | WIRELESS GATEWAY SYSTEM | 11/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SMARTUPS 2200VA 2URM | 08/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SMARTUPS 2200VA 2URM | 08/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TIME CLOCK PLUS SOFTWARE | 07/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TIMER PRO SOFTWARE | 06/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | INFORMA -FORMS SOFTWARE | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | MBPRO 13"RD2.7GHZI5 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | THINKPADS TP 17/2.1 2C148 | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ZBOOK I7/2.8 17.3 8GB | 04/30/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESIGN II SOFTWARE PERM LIC | 03/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POWER EDGE T320 SERVER | 03/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | VAULT PRO 2015-SOFTWARE | 03/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CLJ PRINTER CP4025N | 02/28/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CLJ PRINTER CP4025N | 02/28/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK I5-3340 | 02/28/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650PB I5/2.6 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650PB I5/2.6 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650PB I5/2.6 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650PB I5/2.6 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650PB I5/2.6 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SBUY PRO 650/I5 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SBUY PRO 650/I5 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SBUY PRO 650/I5 15.6 4GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SLP SQLSERVER | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SLP SQLSERVER | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO 3 I5 | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO 3 I5 | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | T540P I5-4300M | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TD PEDGR320 IX-E5-14 | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ZBOOK (3) I7/2.1 17.3 8GB | 01/31/15 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14"LED NOTEBOOK | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14"LED NOTEBOOK | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14"LED NOTEBOOK | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14"LED NOTEBOOK | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14"LED NOTEBOOK | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 850EB 17/2.1 16GB | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 850EB 17/2.1 16GB | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 850EB 17/2.1 16GB | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK I5-3340M | 12/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 14" LED NOTEBOOK-INTELC | 11/30/14 | $ - |

| Account | Location | Description | In Svc Date | Net Book Value |
|---------|----------|-------------|-------------|----------------|
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 600P TWR I5/3.2 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 600P TWR I5/3.2 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 600P TWR I5/3.2 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 600P TWR I5/3.2 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 600P TWR I5/3.2 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | AUTOCAD 2015 LT | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | AUTOCAD 2015 PREMIUM | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CORP SIGNATURE  MGR(SFTWR) | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | PLANT PROFESSIONAL SFTWR/LC | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SBUY ELITE 850/I5 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO 3 I5 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO 3 I5 | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | T540P I5-4300M 4G | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TLP-C AB PRO 11 WIN/MAC(SFTWR) | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TP X1 17/2.1 2C 8GB | 11/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 2-600P TWR I5/3.2 4GB | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 650 i5/2.5 15.6 | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650 GI | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | INFORMA SOFTWARE | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | MBPRO13 | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | PSQLV11 SERVER WIN64 | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO3 | 10/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650GI | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | IP450/335 | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | MBAIR13.1 | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURN | 09/30/14 | $ 154.08 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURN | 09/30/14 | $ 167.70 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURN | 09/30/14 | $ 779.72 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SLP SQSVR | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO3 | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | VOY LEG CSB335 | 09/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 2960S 48GIGE | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 400GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PRODESK 650GI | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | MS OPERATING SYST-LIC | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 08/31/14 | $ 2,991.60 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 08/31/14 | $ 53.80 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 08/31/14 | $ 221.33 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 08/31/14 | $ 93.01 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 08/31/14 | $ 100.47 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM IP335 | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | PWREDGE T320 | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SURFACE PRO 3 | 08/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HIVE AP330 | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HIVE AP330 | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP ELITEDESK 800 G1 | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP WORKSTATION | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | IT HARDWARE/CISCO | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | IT RACK MOUNT KIT | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NITRO PERM LIC | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 07/31/14 | $ 214.08 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 07/31/14 | $ 204.14 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 07/31/14 | $ 228.60 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SLP WIN ENTERPRISE | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SLP WIN SVR | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOKS 53 PAN | 07/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP- 600P TWR I5/3.2 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP- 600P TWR I5/3.2 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP- 600P TWR I5/3.2 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP- 600P TWR I5/3.2 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP- 600P TWR I5/3.2 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HP PROBOOK 650G1 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -650 I5/2.5 15.6 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUY T510 ENERGY STAR | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUY T510 ENERGY STAR | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUY T510 ENERGY STAR | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUY T510 ENERGY STAR | 04/30/14 | $ - |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUY T510 ENERGY STAR | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUYPRO 650/I5 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUYPRO 650/I5 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUYPRO 650/I5 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUYPRO 650/I5 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -SBUYPRO 650/I5 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP -WIN8/128G/4GDRDR3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE-HQ | 04/30/14 | $ 408.75 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE-HQ | 04/30/14 | $ 2,937.55 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE-HQ | 04/30/14 | $ 758.23 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SIGN | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK S3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK S3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK S3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK S3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TOUGHBOOK S3 | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TRADE SHOW BOOTH | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | WIN8 -DVD | 04/30/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | ACCESS PERM LIC | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP 600p TWR I5/3.2 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP 600p TWR I5/3.2 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP 600p TWR I5/3.2 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP 600p TWR I5/3.2 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP 6570 NB I5/2.6 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP 6570 NB I5/2.6 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP 6570 NB I5/2.6 | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | OFFICE FURNITURE | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SIGNAGE - LEGACY | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SOLARWINDS MONITORING STFWR | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TV/MONITORS | 03/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CHECK PRINTER TRAY | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP PRODESK 400 GI | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP PRODESK 400 GI | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP-ACCTING | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | DESKTOP-ACCTING | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK SWITCHES | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK SWITCHES | 02/28/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SERVER PWR T320 X-E5-14 | 01/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | WIRELESS EQUIP | 01/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | WIRELESS NETWORK | 01/31/14 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HARDWARE-END USER | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | HARDWARE-END USER | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK-VOIP | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK-VOIP | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK-VOIP | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | NETWORK-VOIP | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SOFTWARE | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SOFTWARE-ENTERPRISE | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SOFTWARE-ENTERPRISE | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SOFTWARE-ENTERPRISE | 12/31/13 | $ - |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | AIRWATCH SOFTWARE LICENSE FOR CELL PHONES | 11/30/13 | $ 7.52 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | CISCO 1841 ADV SECURITY BUNDLE ROUTER | 11/30/13 | $ 33.32 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | COMPUTERS | 11/30/13 | $ 3.03 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | COMPUTERS AND SOFTWARE...TABLETS | 11/30/13 | $ 74.35 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAN BASE AND STACK MODULE | 11/30/13 | $ 12.44 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 2.47 |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 1.16 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 1.66 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 1.53 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 1.21 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | POLYCOM I 335 SIP 2 LINE IP335 PHONE | 11/30/13 | $ 1.87 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SAGE FAS SOFTWARE | 11/30/13 | $ 4.78 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SFP LAN BASE | 09/30/13 | $ 17.80 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | 19 Gray Fabric Panels | 07/31/13 | $ 21.52 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | AGAS.RCG PROJECT - AP INVOICES | 07/31/13 | $ 2,026.93 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | AGAS/RCG PROJECT LABOR | 07/31/13 | $ 537.51 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | EPSR - JWM PROJECT LABOR | 07/31/13 | $ 492.71 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - MIDLAND | 07/31/13 | $ 8.20 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - MIDLAND | 07/31/13 | $ 11.46 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 11.99 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 9.94 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 11.96 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 10.84 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 10.44 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - SHREVEPORT | 07/31/13 | $ 13.53 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | LAPTOP - VAN BUREN | 07/31/13 | $ 15.64 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | New Furniture for OKC Office | 07/31/13 | $ 919.25 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | Office desk - Shreveport | 07/31/13 | $ 18.29 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | SCADA SOFTWARE | 07/31/13 | $ 1,263.77 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | table/chairs, lamps, 1 credenza, 1 hutch, 1 desk, 2 | 07/31/13 | $ 1,418.08 |
| 10230 - Office Furniture & Equip | 2900-Dallas TX | TRADE SHOW EQUIPMENT | 07/31/13 | $ - |
| | | | | $ 66,273.26 |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10230 - Office Furniture & Equip | 2900-Shreveport, LA | Office Furniture | 03/31/17 | $ 9,731.18 |
| | | | | $9,731.18 |

| | | | TOTAL | $ 76,004.44 |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10220 - Equipment & Tools | 2900-Dallas TX | CAMERA -SECURITY SYSTEM | 03/31/15 | $ 1,794.89 |
| | | | | $ 1,794.89 |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10220 - Equipment & Tools | 3350-Tyler TX | 2nd store front partition | 07/31/13 | $ 11.16 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Low Headroom Lifting Beam (Model 10-10-8 | 04/30/16 | $ 43.37 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Original Equipment purchased with Land a | 04/30/16 | $ 75,993.47 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Storage Racks | 04/30/16 | $ 2,768.90 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Warehouse Racks | 04/30/16 | $ 3,298.89 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Warehouse Racks | 04/30/16 | $ 733.40 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Warehouse Racks | 04/30/16 | $ 1,648.81 |
| 10220 - Equipment & Tools | 3350-Tyler TX | Warehouse Racks (tax) | 04/30/16 | $ 272.16 |
| | | | | $ 84,770.16 |
| | | | TOTAL | $ 86,565.05 |

| Account | Location | Description | In Svc Date | Net Book Value |
|---|---|---|---|---|
| 10240 - Building & Improvements | 2900-Dallas TX | ADDISON OFFICE EXPANSION | 11/30/15 | $ 26,167.70 |
| 10240 - Building & Improvements | 2900-Dallas TX | SERVER ROOM DOOR & OFFICE DOOR LOCKS | 11/30/15 | $ 1,406.57 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | Woodlands office buildout | 02/28/18 | $ 3,735.30 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | Woodlands office buildout | 02/28/18 | $ 3,863.85 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | Woodlands office buildout | 02/28/18 | $ 26,284.46 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | OFFICE BUILDOUT-HQ | 04/30/14 | $ 124.50 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | OFFICE BUILDOUT-HQ | 04/30/14 | $ 12.64 |
| 10250 - Leasehold Improvements | 2900-Dallas TX | OFFICE BUILDOUT-HQ | 04/30/14 | $ 47.70 |
| | | | | $ 61,642.72 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Legacy Measurement Solutions, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF TEXAS

Case number (if known)      **19-32238**

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** | **Column B** |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

**2.1 Amegy Bank**
Creditor's Name

**1717 W. Loop S.
Houston, TX 77027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Lien on all assets**

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,455,000.00** | **Unknown**

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$3,455,000.00**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jason T. Lyod<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston, TX 77002** | Line **2.1** |  |
| **Joshua Wolfshohl<br>Porter Hedges LLP<br>1000 Main St., 36th Floor<br>Houston, TX 77002** | Line **2.1** |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Legacy Measurement Solutions, Inc.**                               Case number (*if know*)    **19-32238**
          Name

**Fill in this information to identify the case:**

Debtor name    **Legacy Measurement Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **19-32238**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address <br> **Carolyn M. Leck** <br> **Canadian County Treasurer** <br> **201N Choctaw** <br> **El Reno, OK 73036** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$932.00** | **$932.00** |
| | Date or dates debt was incurred | Basis for the claim: <br> **2018 Property Tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address <br> **Gary B. Barber** <br> **Smith County Tax Office** <br> **PO Box 2011** <br> **Tyler, TX 75710** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$216,261.44** | **$216,261.44** |
| | Date or dates debt was incurred | Basis for the claim: <br> **2018 Property Tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.48 | $436.48 |
|---|---|---|---|---|
| | **Julian C. Whittington** | *Check all that apply.* | | |
| | **Sheriff and Ex-Officio Tax** | ☐ Contingent | | |
| | **Collector** | ☐ Unliquidated | | |
| | **Parish of Bossier** | ☐ Disputed | | |
| | **PO Box 850** | | | |
| | **Benton, LA 71006-0850** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **2018 Property Tax** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,473.09 | $7,473.09 |
|---|---|---|---|---|
| | **Montgomery County Appraisal** | *Check all that apply.* | | |
| | **District** | ☐ Contingent | | |
| | **PO Box 2233** | ☐ Unliquidated | | |
| | **Conroe, TX 77305** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **2018 Property Tax** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,405.00 |
|---|---|---|---|
| | **213 Investments, LLC** | ☐ Contingent | |
| | **PO Box 2528** | ☐ Unliquidated | |
| | **Longview, TX 75606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,261.00 |
|---|---|---|---|
| | **A-1 SHEETMETAL INC** | ☐ Contingent | |
| | **5909 EAST 15TH STREET** | ☐ Unliquidated | |
| | **TULSA, OK 74112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AAXION INC.** | ☐ Contingent | |
| | **PO Box 4322** | ☐ Unliquidated | |
| | **Tyler, TX 75712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ ($55.68) | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Legacy Measurement Solutions, Inc.**      Case number (if known)    19-32238

Name

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,043.00 |
|---|---|---|---|

**ABB INC**
PO BOX 88868
CHICAGO, IL 60695-1868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,706.45 |
|---|---|---|---|

**ABBOTT VALVE & FITTING CO**
P O BOX 632727
CINCINNATI, OH 45263-2727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**ABM INVESTMENTS LTD**
1099 W MILLTOWN
WOOSTER, OH 44691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,835.00 |
|---|---|---|---|

**ACCURATE MANUFACTURING INC**
2765 DAWSON RD
TULSA, OK 74110-5035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,997.86 |
|---|---|---|---|

**ACUREN INSPECTIONS INC**
P O BOX 846313
DALLAS, TX 75284-6313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,686.00 |
|---|---|---|---|

**ADDISON TOWER INVESTMENT CO**
12600 NORTHBOROUGH STE 280
HOUSTON, TX 77067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,297.66 |
|---|---|---|---|

**ADE-WIFCOSTEEL PRODUCTS, INC**
WIFCO STEEL PRODUCTS, INC
HUTCHINSON, KS 67502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,222.80**

ADVANCED CONTROL
PRODUCTS LLC
CINCINNATI, OH 45246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,432.00**

ADVANCED OILFIELD SERVICES
40 VARNER LN
CLAYSVILLE, PA 15323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,969.63**

AEON PROCESS EQUIPMENT &
CONTROL SOLUTIONS INC DBA
SHREVEPORT, LA 71137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,773.74**

AEROTEK INC
DBA AEROTEK PROFESSIONAL
HANOVER, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,685.93**

AFLAC
PO Box 84069
Columbus, GA 31908-4069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,533.00**

AIR QUALITY ASSOCIATES INC
3933 FM 344 E
TYLER, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.05**

AIRGAS INC
DBA AIRGAS USA LLC
MAGNOLIA, AR 71753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Legacy Measurement Solutions, Inc.**                          Case number (if known)     19-32238

Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,831.14 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**AIRGAS INC**
**DBA AIRGAS USA LLC**
**WILLIAMSPORT, PA 17701-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Amegy Bank**
**1717 W. Loop S.**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _credit card_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,042.85 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Amegy Bank**
**1717 W. Loop S.**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _interest_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,972.33 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**AMENCE DEVELOPMENT, LLC**
**13527 MISSARAH LANE**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,988.64 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**AMERESCO SOLAR**
**PO BOX 849720**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**American Energy Woodford LLC**
**PO Box 5426**
**Oklahoma City, OK 73154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _customer credit balances (old)_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**American Industrial Training**
**American Industrial Lifting**
**Flat Rock, MI 48134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Legacy Measurement Solutions, Inc.**                          Case number (if known)    19-32238
_____                          _____
          Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,163.41 |

**AMERICAN PIPING PRODUCTS IN**
**PO BOX 928**
**CHESTERFIELD, MO 63006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,188.20 |

**ANCHOR SAFETY INC**
**PO BOX 10030**
**LONGVIEW, TX 75608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,159.50 |

**ANDREWS INDUSTRIAL CONTROLS**
**108 ROSSLYN ROAD**
**CARNEGIE, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**AON RISK SERVICES SOUTHWEST**
**INC**
**CHICAGO, IL 60675-1943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,573.81 |

**API**
**AUTOBODY PRODUCTS INC**
**BUTLER, PA 16001-6027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,811.25 |

**API CONTROL SYSTEM SOLUTIONS**
**218 HECTOR CONNOLY RD**
**CARENCRO, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,965.70 |

**APIS INC**
**6751 ENGLE ROAD**
**MIDDLEBUR HTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Legacy Measurement Solutions, Inc.**
Name

Case number (if known) **19-32238**

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281.00 |
|---|---|---|---|

**APO PUMPS & COMPRESSORS**
**6607 CHITTENDEN ROAD**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.69 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH INC**
**126 CARR LANE**
**FAIRMONT, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,547.12 |
|---|---|---|---|

**APPLIED PIPELINE INC**
**244 N FINDLEY ST**
**PUNXUTANWNEY, PA 15767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,627.00 |
|---|---|---|---|

**ARRAY HOLDINGS DBA**
**CACTUS FLOW PRODUCTS**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,271.70 |
|---|---|---|---|

**ARROW VALVE COMPANY INC**
**200 N FOREMAN STREET**
**CANEY, KS 67333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,387.97 |
|---|---|---|---|

**ARROWHEAD CONTRACTORS SUPPLY**
**201 ESTES DRIVE**
**LONGVIEW, TX 75602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.00 |
|---|---|---|---|

**ASCO, L.P.**
**PO BOX 73115**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,229.43**

**ATCHAFALAYA MEASUREMENT INC**
**124 CREDIT DR**
**SCOTT, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,152.44**

**ATS SPECIALIZED INC.**
**725 OPPORTUNITY DRIVE**
**ST. CLOUD, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166,545.50**

**AUTOMATION-X CORPORATION**
**620 S CARLTON**
**FARMINGTON, NM 87401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,675.30**

**AWC INC**
**PO BOX 974800**
**DALLAS, TX 75397-4800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$278,115.43**

**AYRSHIRE INC**
**PO BOX 172**
**CHARDON, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,962.76**

**AZZ GALVANIZING**
**PO BOX 843771**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.17**

**BAIRD HOTSHOT SERVICES LLC**
**2217 LYNN ST**
**PAMPA, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,326.00 |
|---|---|---|---|

**BAKER TANKHEAD INC**
**PO BOX 77021**
**FORT WORTH, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,901.80 |
|---|---|---|---|

**BALON CORPORATION**
**3245 S HATTIE**
**OKLAHOMA CITY, OK 73129-6621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.03 |
|---|---|---|---|

**BARCLAY**
**DALLAS BRANCH**
**PLANO, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,046.60 |
|---|---|---|---|

**BBP SALES INC**
**337 HIGHLANDIA DRIVE**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,281.89 |
|---|---|---|---|

**BCBSTX**
**1001 E LOOKOUT DRIVE**
**RICHARDSON, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,630.26 |
|---|---|---|---|

**BEREAU VERITAS- ONE CIS**
**INSURANCE**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.04 |
|---|---|---|---|

**BIG RED FASTENERS**
**608 N WALNUT AVE**
**BROKEN ARROW, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**                    Case number (if known)    19-32238
_____
Name

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,067.40 |

3.53   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$38,067.40**
**BKM SOWAN HORAN LLP**                    ☐ Contingent
**15301 DALLAS PKWY STE 960**             ☐ Unliquidated
**ADDISON, TX 75001**                     ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.54   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$6,955.74**
**BLOEDORN LUMBER-CASPER**                ☐ Contingent
**665 SO WALNUT**                         ☐ Unliquidated
**CASPER, WY 82602-0265**                 ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.55   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$24.00**
**Blue Racer Midstream LLC**              ☐ Contingent
**5949 Sherry Lane**                      ☐ Unliquidated
**Suite 1300**                            ☐ Disputed
**Dallas, TX 75225-8036**

Date(s) debt was incurred _               **Basis for the claim:** _A/R net credit balance (current)_

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.56   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$399.60**
**BRUEST CATALYTIC HEATERS**             ☐ Contingent
**PO BOX 827**                            ☐ Unliquidated
**INDEPENDENCE, KS 67301**                ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.57   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$1,321.50**
**CAL TEC LABS INC.**                     ☐ Contingent
**501 MANSFIELD AVE**                     ☐ Unliquidated
**PITTSBURGH, PA 15205**                  ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.58   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$240,345.81**
**CANALTA USA CORPORATION**               ☐ Contingent
**1631 COOPER CREEK RD**                  ☐ Unliquidated
**DENTON, TX 76208**                      ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

3.59   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$1,421.80**
**CAPITAL VALVE & FITTING CO I**          ☐ Contingent
**9243 INTERLINE AVE**                    ☐ Unliquidated
**BATON ROUGE, LA 70809-1986**            ☐ Disputed

Date(s) debt was incurred _               **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,795.91**

**CARBOLINE COMPANY**
**P O BOX 931942**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,234.50**

**CATALYTIC HEATER COMPANY**
**PO BOX 188**
**TERRELL, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,108.01**

**CCI THERMAL TECHNOLOGIES**
**TEXAS INC**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,203.76**

**Centerpoint Energy**
**PO Box 4981**
**Houston, TX 77210-4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,808.26**

**CENTURYLINK**
**PO BOX 29040**
**PHOENIX, AZ 85038-9040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,990.97**

**CHARBONNEAU INDUSTRIES INC**
**DBA C I ACTUATION**
**DALLAS, TX 75284-2348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,474.23**

**CHARTS LTD**
**2031 TRADE DR**
**MIDLAND, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**      Case number (if known)    19-32238

Name

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$4,656.43** |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Chevron Corporation**<br>**6001 Bollinger Canyon Road**<br>**San Ramon, CA 94583-2324**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _customer credit balances (old)_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,656.43** |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Chevron North America**<br>**6001 Bollinger Canyon Road**<br>**San Ramon, CA 94583-2324**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _customer credit balances (old)_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,133.62** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**CHURCH TOWNE GAS & WELDING**<br>**860 SUNEL ROAD**<br>**COCHRANTON, PA 16314**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,624.97** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Cimarron Electric**<br>**PO Box 299**<br>**Kingfisher, OK 73750**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _($119.02)_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**CINTAS CORPORATION #310**<br>**PO BOX 630910**<br>**CINCINNATI, OH 45263-0910**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,824.43** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**CINTAS CORPORATION NO 2**<br>**PO BOX 631025**<br>**CINCINNATI, OH 45263-1025**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,968.16** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**CITY OF TYLER**<br>**TYLER WATER UTILITIES**<br>**TYLER, TX 75710-0336**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$77.24** |

Debtor **Legacy Measurement Solutions, Inc.**                    Case number (if known)    19-32238
_____
Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,104.11** |

**CJS JANITORIAL SERVICES OF**
**NEO LLC**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$18,594.73** |
|---|---|---|

**CLEAN HARBORS ENVIRONMENTAL**
**42 LONGWATER DRIVE**
**NORWELL, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,362.48** |
|---|---|---|

**CODEWARE INC**
**P O BOX 741888**
**ATLANTA, GA 30384-1888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,172.40** |
|---|---|---|

**COGENT INC**
**INDUSTRIAL MEASUREMENT**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
|---|---|---|

**Colorado Dept of Revenue**
**1375 Sherman Street**
**Denver, CO 80261-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **($204.80)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$15,280.00** |
|---|---|---|

**COLORADO ENGINEERING**
**EXPERIMENT STATION INC DBA**
**NUNN, CO 80648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,440.00** |
|---|---|---|

**COMPUTER ENGINEERING INC**
**DBA CEI**
**BLUE SPRINGS, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**
     Name

Case number *(if known)*  **19-32238**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |

3.81
Nonpriority creditor's name and mailing address
**COMSAL INC**
**DBA TAXSAVER PLAN**
**DALLAS, TX 75204**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$390.00**

---

3.82
Nonpriority creditor's name and mailing address
**Conoco Phillips**
**PO Box 2200**
**Bartlesville, OK 74005-2200**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _A/R net credit balance (current)_

Is the claim subject to offset? ■ No  ☐ Yes

**$5,059.27**

---

3.83
Nonpriority creditor's name and mailing address
**CONTINENTAL BATTERY COMPANY**
**4919 WOODALL STREET**
**DALLAS, TX 75247-6710**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$652.90**

---

3.84
Nonpriority creditor's name and mailing address
**CONTRACTORS BUILDING SUPPLY**
**DBA CBS RENTAL AND SUPPLY**
**HOUSTON, TX 77210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$572.37**

---

3.85
Nonpriority creditor's name and mailing address
**CORCENTRIC COLLECTIVE**
**BUSINESS SYSTEMS**
**CHICAGO, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,209.89**

---

3.86
Nonpriority creditor's name and mailing address
**COUNCIL DEVELOPMENT CORP**
**DBA PEC/PREMIER SAFETY**
**MANDEVILLE, LA 70471**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,695.00**

---

3.87
Nonpriority creditor's name and mailing address
**CROZIER WELDING, LLC**
**53585 LAFAYETTE TWP. ROAD**
**FRESNO, OH 43824**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$76,500.00**

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
| --- | --- | --- | --- |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,547.50** |
| --- | --- | --- | --- |

**CRYSTAL ENGINEERING CORPORATION**
**SAN LUIS OBISPO, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,689.85** |
| --- | --- | --- | --- |

**CT CORPORATION SYSTEM**
**208 NORTH BROADWAY SUITE 313**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,650.00** |
| --- | --- | --- | --- |

**CTMI LLC**
**12720 HILLCREST RD**
**DALLAS, TX 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,500.00** |
| --- | --- | --- | --- |

**Dahlia Development LLC**
**c/o Adam Cunyus**
**Midland, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,959.02** |
| --- | --- | --- | --- |

**DALLAS VALVE & INSTRUMENT CO**
**3365 GARDEN BROOK DRIVE**
**DALLAS, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$179,234.01** |
| --- | --- | --- | --- |

**DANIEL MEAS & CONTROL INC**
**11100 BRITTMORE PARK DR**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,749.11** |
| --- | --- | --- | --- |

**DANOS, LLC**
**3878 W. MAIN STREET**
**GRAY, LA 70359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**                    Case number (if known)   **19-32238**
_____
Name

| | |
|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** |

**Darrell Florence et al**
**c/o Jeffrey T. Embry**
**Hossley & Embry, LLP**
**515 S. Vine Ave.**
**Tyler, TX 75702**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Pending Litigation

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** |

**DATA SHREDDING SERVICES OF**
**TEXAS, INC II**
**HOUSTON, TX 77018**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$164.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** |

**DAVIS & DAVIS CO**
**PO BOX 9922**
**DENVER, CO 80209**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$268,763.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** |

**DE LAGE LANDEN FINANCIAL**
**PO BOX 41601**
**PHILADELPHIA, PA 19101-1601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$7,328.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** |

**DEFELSKO CORPORATION**
**802 PROCTOR AVE**
**OGDENSBURG, NY 13669**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$882.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** |

**DELTA DENTAL INSURANCE CO**
**1130 SANCTUARY PARKWAY**
**ALPHARETTA, GA 30009**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$11,939.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** |

**DELTA SCREEN & FILTRATION,**
**LLC**
**HOUSTON, TX 77284**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.                    **$11,248.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|

Name

---

**3.102** Nonpriority creditor's name and mailing address

**DELTA STEEL INC**
**P O BOX 849086**
**DALLAS, TX 75284-9086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$87,118.02

---

**3.103** Nonpriority creditor's name and mailing address

**Devon Energy Production**
**333 W. Sheridan Avenue**
**Oklahoma City, OK 73102-5010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  customer credit balances (old)

Is the claim subject to offset? ■ No ☐ Yes

$9,013.88

---

**3.104** Nonpriority creditor's name and mailing address

**DISA GLOBAL SOLUTIONS INC**
**DEPT 3731**
**DALLAS, TX 75312-3731**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,960.85

---

**3.105** Nonpriority creditor's name and mailing address

**DISCOUNT DOOR AND PAINT**
**1531 EAST BURLINGTON**
**CASPER, WY 82601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$2,671.00

---

**3.106** Nonpriority creditor's name and mailing address

**DOWN-RIGHT FREIGHT LLC**
**3065 NORTH GOLIAD ST**
**ROCKWALL, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$12,185.00

---

**3.107** Nonpriority creditor's name and mailing address

**DS WATERS OF AMERICA**
**DBA KENTWOOD SPRINGS**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$109.99

---

**3.108** Nonpriority creditor's name and mailing address

**DYNAMIC FREIGHT CARRIERS INC**
**P O BOX 843007**
**KANSAS CITY, MO 64184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$224,907.00

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,014.02 |
|---|---|---|---|

**Eaglehawk Field Service**
**1360 Post Oak Blvd.**
**Houston, TX 77056-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer credit balances (old)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,694.57 |
|---|---|---|---|

**EAS ISOLATION VALVES INC OKC**
**P O BOX 955991**
**ST LOUIS, MO 63195-5991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.91 |
|---|---|---|---|

**EAST TEXAS FASTENERS**
**2320 EAST COMMERCE**
**TYLER, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,314.32 |
|---|---|---|---|

**EAST TEXAS LIFT TRUCK INC**
**P O BOX 8251**
**TYLER, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,638.25 |
|---|---|---|---|

**EAST TEXAS PAINT & COATINGS**
**2115 EAST 5TH STREET**
**TYLER, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,037.56 |
|---|---|---|---|

**ECAD INC**
**P O BOX 51507**
**MIDLAND, TX 79710-1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,485.00 |
|---|---|---|---|

**EDGEN MURRAY CORPORATION**
**18444 HIGHLAND ROAD**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**      Case number *(if known)*    19-32238
_____
Name

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,897.59 |
|---|---|---|---|

**EDGEN MURRAY LLC**
**18444 HIGHLAND ROAD**
**BATON ROUGE, LA 70884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,531.31 |
|---|---|---|---|

**ELECTRIC SUPPLY COMPANY INC**
**P O BOX 1741**
**SHREVEPORT, LA 71166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,408.77 |
|---|---|---|---|

**ELLIOTT ELECTRIC SUPPLY INC**
**1500 W COTTON**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,511.50 |
|---|---|---|---|

**ELLISPORTER**
**755 W BIG BEAVER RD STE 110**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.91 |
|---|---|---|---|

**Elster American Meter**
**2221 Industrial Road**
**Nebraska City, NE 68410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer credit balances (old)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**EMPOWER RETIREMENT**
**P O BOX 173764**
**DENVER, CO 80217-3764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |
|---|---|---|---|

**Enable Midstream Partners LP**
**PO Box 258853**
**Oklahoma City, OK 73125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer credit balances (old)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | **19-32238** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,936.64 |
|---|---|---|---|

**Encana Oil & Gas USA Inc.**
**370 17 Street**
**Suite 1700**
**Denver, CO 80202-1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **customer credit balances (old)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,105.38 |
|---|---|---|---|

**ENDRESS+HAUSER INC**
**PO BOX 78000**
**DETROIT, MI 48278-0795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**ENERGY POWER SERVICES**
**3251 BRIGHTWOOD**
**NEW PHILADELPHIA, OH 44663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,258.62 |
|---|---|---|---|

**Energy Transfer Fuel LP**
**800 E. Sonterra Blvd.**
**San Antonio, TX 78258-3940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **customer credit balances (old)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,541.16 |
|---|---|---|---|

**Enterprise Products Oper LP**
**1100 Louisiana**
**Suite 1128**
**Houston, TX 77002-5227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **customer credit balances (old)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,479.00 |
|---|---|---|---|

**ENVIRONMENTAL & SAFETY**
**SUPPORT GROUP LLC**
**EDMOND, OK 73083-7773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**ENVIRONMENTAL SPECIALISTS**
**1000 ANDREWS AVE**
**YOUNGSTOWN, OH 44505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Legacy Measurement Solutions, Inc.**                                    Case number (if known)    **19-32238**
_____
Name

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.130**

**Nonpriority creditor's name and mailing address**

**EOG Resources Inc.**
**PO Box 4362**
**Houston, TX 77210-4362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer credit balances (old)**

Is the claim subject to offset? ■ No ☐ Yes

$3,010.45

---

**3.131**

**Nonpriority creditor's name and mailing address**

**EQT Production**
**PO Box 23425**
**Pittsburg, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **advance payment**

Is the claim subject to offset? ■ No ☐ Yes

$2,565,044.40

---

**3.132**

**Nonpriority creditor's name and mailing address**

**EQUIPMENT & CONTROLS INC**
**2 PARK DRIVE**
**LAWRENCE, PA 15055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,643.62

---

**3.133**

**Nonpriority creditor's name and mailing address**

**ESAB WELDING AND CUTTING PRO**
**411 S EBENEZER ROAD**
**FLORENCE, SC 29501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,563.64

---

**3.134**

**Nonpriority creditor's name and mailing address**

**EXAMINETICS INC**
**10561 BARKLEY PLACE STE 400**
**OVERLAND PARK, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,870.00

---

**3.135**

**Nonpriority creditor's name and mailing address**

**EXECUTIVER LANDSCAPING INC**
**P O BOX 1480**
**VIENNA, OH 44473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,355.40

---

**3.136**

**Nonpriority creditor's name and mailing address**

**F & G INDUSTRIES**
**P O BOX 704**
**TERRELL, TX 75160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31,736.46

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
| --- | --- | --- | --- |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,403.00 |
| --- | --- | --- | --- |

**FABCO PRODUCTS INC**
**PO BOX 489**
**HAWKINS, TX 75765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,819.69 |
| --- | --- | --- | --- |

**FARWEST CORROSION CONTROL CO**
**12029 REGENTVIEW AVE**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,711.70 |
| --- | --- | --- | --- |

**FASTENAL CO**
**600 SSE LOOP 323**
**TYLER, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,115.33 |
| --- | --- | --- | --- |

**FASTENER SOLUTIONS INC**
**20 CHESTNUT STREET**
**GARFIELD, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,815.00 |
| --- | --- | --- | --- |

**FCX PERFORMANCE INC**
**3000 E 14TH AVE**
**COLUMBUS, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.94 |
| --- | --- | --- | --- |

**FEDEX**
**PO BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,656.05 |
| --- | --- | --- | --- |

**FIDELITY SECURITY**
**LIFE INSURANCE**
**CINCINNATI, OH 45263-2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,430.98** |
|---|---|---|---|

**FILTRATION GROUP PROCESS INC**
**428 N. ELM**
**NOWATA, OK 74048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,288.97** |
|---|---|---|---|

**FLAMECO INDUSTRIES INC**
**PO BOX 4303**
**TULSA, OK 74159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,190.00** |
|---|---|---|---|

**FLOW CONTROL EQUIPMENT LLC**
**PO BOX 60939**
**LAFAYETTE, LA 70596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,367.08** |
|---|---|---|---|

**Flow-Zone Measurement Ltd**
**PO Box 13887**
**Odessa, TX 79768-3887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  customer credit balances (old)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,756.70** |
|---|---|---|---|

**FLUID SEALING PRODUCTS INC**
**155 SOUTHBELT INDUSTRIAL DR**
**HOUSTON, TX 77047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,287.98** |
|---|---|---|---|

**FMC TECHNOLOGIES**
**MEASUREMENT SOLUTIONS**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,289.00** |
|---|---|---|---|

**FORBERG SCIENTIFIC INC**
**C/O FIFTH THIRD BANK**
**CINCINNATI, OH 45263-4380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198,780.00 |
|---|---|---|---|
| | **FORT WORTH F & D CO INC**<br>**3040 PEDEN ROAD**<br>**FORT WORTH, TX 76179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.44 |
|---|---|---|---|
| | **FOUR STATES GASKET & RUBBER INC**<br>**FARMINGTON, NM 87401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,299.51 |
|---|---|---|---|
| | **FPR HOLDINGS LP**<br>**8221 TRISTAR DR**<br>**IRVING, TX 75063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.25 |
|---|---|---|---|
| | **GC BUILDING SUPPLY INC**<br>**1070 COLMAN CIRCLE**<br>**CASPER, WY 82602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,265.86 |
|---|---|---|---|
| | **GCIC LLC DBA**<br>**RES ENERGY SOLUTIONS**<br>**DALLAS, TX 75267-1705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,483.00 |
|---|---|---|---|
| | **GE MDS LLC**<br>**175 SCIENCE PKWY**<br>**ROCHESTER, NY 14620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,646.62 |
|---|---|---|---|
| | **GEN X MACHINE TECHNOLOGIES INC**<br>**TULSA, OK 74145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Legacy Measurement Solutions, Inc.**      Case number (if known)    **19-32238**

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,150.00 |
|---|---|---|---|

**GENERAL INSULATION INC**
**110 SOUTH WARD DR**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.41 |
|---|---|---|---|

**GGCTR INC**
**GULF COAST TOOL & RENTAL**
**PASADENA, TX 77505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,514.00 |
|---|---|---|---|

**GIRARD MACHINERY SALES CORP**
**PO BOX 298**
**GIRARD, OH 44420-0298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,462.52 |
|---|---|---|---|

**GK TECHSTAR LLC**
**TECHSTAR**
**DEER PARK, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**GOODHART SONS, INC.**
**2515 HORSESHOE RD**
**LANCASTER, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,035.04 |
|---|---|---|---|

**GRAINGER (810463117)**
**PO BOX 419267**
**KANSAS CITY, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,785.00 |
|---|---|---|---|

**GRANT THORNTON LLP**
**33911 TREASURY CENTER**
**CHICAGO, IL 60694-3900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**          Case number (if known)    19-32238

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,030.35 |
|---|---|---|---|

**GRAPHIC CONTROLS LLC**
PO BOX 1271
BUFFALO, NY 14240-1271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAYBAR - DALLAS**
PO BOX 840458
DALLAS, TX 75284-0458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  ($3,371.94)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,890.00 |
|---|---|---|---|

**GREGORY A MORRIS**
**DBA A HOTSHOT**
BOSSIER CITY, LA 71112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,707.97 |
|---|---|---|---|

**GULF COAST TECHNOLOGY GROUP,**
**LLC**
HOUSTON, TX 77066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,785.00 |
|---|---|---|---|

**GULF COAST TMC LLC**
7670 HIGHWAY 10
ETHEL, LA 70730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,310.00 |
|---|---|---|---|

**H & K EQUIPMENT**
4200 CASTEEL DRIVE
CORAOPOLIS, PA 15108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,227.83 |
|---|---|---|---|

**HAJOCA CORPORATION**
**DBA ALL-TEX PIPE & SUPPLY**
DALLAS, TX 75391-1854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,772.75 |
|---|---|---|---|

**Hess Services Inc.**
**PO Box 843**
**Hays, KS 67601-0843**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer credit balances (old)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**HILLSDALE CONSTRUCTION &**
**EXCAVATING CO. INC.**
**HILLSDALE, PA 15746**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.16 |
|---|---|---|---|

**HILTI INC**
**PO BOX 650756**
**DALLAS, TX 75265-0756**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,243.64 |
|---|---|---|---|

**HOSE SPECIALTY & SUPPLY CO**
**301 MONTGOMERY STREET**
**SHREVEPORT, LA 71107**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**HOUSTON OILFIELD EQUIPMENT**
**INC**
**HOUSTON, TX 77905**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,733.01 |
|---|---|---|---|

**Hudson Energy**
**PO Box 731137**
**Dallas, TX 75373-1137**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,869.71 |
|---|---|---|---|

**HUGG & HALL EQUIPMENT**
**7201 SCOTT HAMILTON**
**LITTLE ROCK, AR 72209**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | **19-32238** |
|---|---|---|---|---|
| | Name | | | |

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,717.60**

**HUGHES-PRIMEAU CONTROLS, INC**
**7670 FIRST PL**
**OAKWOOD VILLAGE, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.00**

**HURST METALLURGICAL RESEARCH**
**LABORATORY INC**
**EULESS, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.13**

**HUTTON COMMUNICATIONS INC**
**ATTN: ACCOUNTING**
**CARROLLTON, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**HYPERTHERM INC**
**21 GREAT HOLLOW ROAD**
**HANOVER, NH 03755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,903.70**

**HYTORC**
**DIV UNEX CORP**
**MAHWAH, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$820,300.89**

**INDUSTRIAL PIPING SPECIALIST**
**PO BOX 581270**
**TULSA, OK 74158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,257.00**

**INDUSTRIAL SCREEN AND**
**MAINTENANCE INC**
**CASPER, WY 82602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
| --- | --- | --- | --- |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,622.46** |
| --- | --- | --- | --- |

**INDUSTRIAL SUPPLY & SERVICE, LLC**
**SHREVEPORT, LA 71137**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,189.44** |
| --- | --- | --- | --- |

**INDUSTRIAL TUBE AND STEEL CO**
**4658 CRYSTAL PARKWAY**
**KENT, OH 44240-8020**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,170.35** |
| --- | --- | --- | --- |

**INFERNO MANUFACTURING CORP**
**115 RICOU ST**
**SHREVEPORT, LA 71107-6933**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,398.54** |
| --- | --- | --- | --- |

**INGERSOLL RAND COMPANY**
**INGERSOLL RAND SOLUTIONS**
**DALLAS, TX 75211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139,150.00** |
| --- | --- | --- | --- |

**JAY D ENTERPRISES**
**P O BOX 253 E 1ST STREET**
**WAYNESBURG, PA 15370**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,308.73** |
| --- | --- | --- | --- |

**JAYCO INC**
**PO BOX 20026**
**OKLAHOMA CITY, OK 73156**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,085.75** |
| --- | --- | --- | --- |

**JET SPECIALTY**
**102 F ROTHROCK DRIVE**
**LONGVIEW, TX 75602**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209,878.50**

**JKLM ENERGY LLC**
**2200 Gorgetowne Drive**
**#500**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **advance payment**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,219.00**

**JKLM Energy LLC**
**2200 Georgetown Drive**
**#500**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/R net credit balance (current)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,447.40**

**JOHN GRADY ABBOTT**
**W & W SALES COMPANY**
**BROKEN ARROW, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,630.26**

**JOHN H CARTER CO INC**
**17630 PERKINS RD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,585.96**

**JP STEEL LLC**
**P O BOX 592**
**KATY, TX 77492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,358.37**

**JUGENHEIMER INDUSTRIAL**
**SUPPLIES INC**
**HUBBARD, OH 44425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820.00**

**K2CONTROLS INC**
**4420 FM 1960 W SUITE 116**
**HOUSTON, TX 77068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**

**KELLEY INSTRUMENT MACH INC**
**PO BOX 5368**
**TEXARKANA, TX 75505-5368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$22,507.49

---

**3.201**

**Nonpriority creditor's name and mailing address**

**KENCO ENGINEERING INC**
**10105 E 55TH PL      (74146)**
**TULSA, OK 74147-0426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,314.61

---

**3.202**

**Nonpriority creditor's name and mailing address**

**KIMRAY OIL & GAS EQUIPMENT**
**& CONTROLS**
**OKLAHOMA CITY, OK 73154-0949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$95,281.62

---

**3.203**

**Nonpriority creditor's name and mailing address**

**KNICKERBOCKER RUSSELL CO INC**
**4759 CAMPBELLS RUN RD**
**PITTSBURGH, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,500.00

---

**3.204**

**Nonpriority creditor's name and mailing address**

**KOFLO CORPORATION**
**309 CARY POINT DR**
**CARY, IL 60013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,185.20

---

**3.205**

**Nonpriority creditor's name and mailing address**

**KOONS & ASSOCIATES**
**PO BOX 470161**
**TULSA, OK 74147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$672.00

---

**3.206**

**Nonpriority creditor's name and mailing address**

**KUDRON LAND AND DEVELOPMENT**
**LLC**
**PIEDMONT, OK 73078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,010.00

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,244.68 |
|---|---|---|---|

**LANCASTER SAGA HOLDINGS, LLC**
**LANCASTER FLOW AUTOMATION**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,195.04 |
|---|---|---|---|

**LEE SUPPLY INC**
**821 EAST INDEPENDENCE**
**TULSA, OK 74109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Legacy Reserves Operating LP**
303 West Wall
Suite 1800
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  A/R net credit balance (current)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214,476.95 |
|---|---|---|---|

**LEGION WORX LLC**
**942 LEHMAN ST.**
**HOUSTON, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $933.48 |
|---|---|---|---|

**LEVEL (3)**
**CENTURY LINK**
**DENVER, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,760.01 |
|---|---|---|---|

**LINKEDIN CORP**
**1000 W MAUDE AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $396,184.23 |
|---|---|---|---|

**LOCKE LORD LLP**
**2200 ROSS AVE STE 2200**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address

**LOGIC PLUNGER LIFT, INC.**
**7265 Thatcher Ave. NW**
**KENT, OH 44240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$161,759.94**

---

**3.215** | Nonpriority creditor's name and mailing address

**Lower Valley Energy**
**PO Box 188**
**Afton, WY 83110-0188**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __customer credit balances (old)__

Is the claim subject to offset? ■ No  ☐ Yes

**$70.95**

---

**3.216** | Nonpriority creditor's name and mailing address

**LUMINOUS SERVICES**
**DBA: CLOUD COMMERCIAL SERV**
**WHITE OAK, TX 75693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,473.54**

---

**3.217** | Nonpriority creditor's name and mailing address

**LUNDVALL ENTERPRISES INC**
**15487 WCR 46**
**LA SALLE, CO 80645**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,200.00**

---

**3.218** | Nonpriority creditor's name and mailing address

**M & M INSTRUMENTS LLC**
**5022 SYCAMORE AVE**
**PASADENA, TX 77503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$14,087.44**

---

**3.219** | Nonpriority creditor's name and mailing address

**M & P FLANGE & PIPE**
**PROTECTION INC**
**HOUSTON, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,393.00**

---

**3.220** | Nonpriority creditor's name and mailing address

**M5 INCORPORATED**
**200 N FALCON**
**OKLAHOMA CITY, OK 73127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,598.20**

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251.60** |
|---|---|---|---|

**MAC-WELD MACHINING LTD.**
**1324 LOUGAR AVE**
**SARNIA, ON 47S 5N7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,786.00** |
|---|---|---|---|

**MACH I ENERGY & CONSTRUCTION**
**DBA SPECIALTY PRESSURING SER**
**WATERFORD, OH 75786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,506.43** |
|---|---|---|---|

**MADURA STEEL SALES INC**
**2505 N HERMITAGE RD**
**HERMITAGE, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,930.01** |
|---|---|---|---|

**MAKO PRODUCTS, LLC**
**5612 INDUSTRIAL BLVD**
**EDMOND, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,773.00** |
|---|---|---|---|

**MANCHESTER TANK &**
**EQUIPMENT CO**
**FRANKLIN, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,412.14** |
|---|---|---|---|

**MARCO GRP INTERNATIONAL INC**
**3425 E LOCUST STREET**
**DAVENPORT, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,601.25** |
|---|---|---|---|

**MARCO INSPECTION SERVICES**
**2322 MEADOWS LANE**
**LONGVIEW, TX 75603**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $71,359.00 |
|---|---|---|---|

**MASTER FLO VALVE USA INC**
**8726 FALLBROOK DR**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,391.42 |
|---|---|---|---|

**MATHESON TRI-GAS INC**
**PO BOX 123028**
**DALLAS, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,157.50 |
|---|---|---|---|

**MCADOOS INC**
**1225 ROUTE 40 WEST**
**CLAYSVILLE, PA 15323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,361.05 |
|---|---|---|---|

**MCAFEE MACHINE INC**
**PO BOX 69038**
**ODESSA, TX 79769-9038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,788.05 |
|---|---|---|---|

**MCELROY METAL MILL INC**
**DBA MCELROY METAL INC**
**SHREVEPORT, LA 71163-1158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,595.04 |
|---|---|---|---|

**MCLOONE METAL GRAPHICS**
**PO BOX 1117**
**LA CROSSE, WI 54602-1117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,477.24 |
|---|---|---|---|

**McMASTER-CARR SUPPLY CO**
**PO BOX 7690**
**CHICAGO, IL 60680-4355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.00**

MCTV
PO BOX 1000
MASSILLON, OH 44648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,314.84**

MERCER VALVE CO INC
9609 NW 4TH  (73127)
OKLAHOMA CITY, OK 73123-2487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,931.80**

MERLA LLC
51 ESPLANADE BLVD
HOUSTON, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,630.00**

MESA INC
291 W. STEUBEN STREET
PITTSBURGH, PA 15205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,988.20**

METALS USA PLATES & SHAPES
SOUTHCENTRAL INC
MUSKOGEE, OK 74403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,121.78**

METROPOLITAN TELECOM INC
METTEL
NEW YORK, NY 10266-1056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,744.18**

MICRO MOTION INC
7070 WINCHESTER CIRCLE
BOULDER, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.242**

**Nonpriority creditor's name and mailing address**

**MID-SOUTH METALS**
**637 MONTGOMERY STREET**
**SHREVEPORT, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24,786.95**

---

**3.243**

**Nonpriority creditor's name and mailing address**

**MIDFLOW SERVICES LLC**
**812 S. WASHINGTON STREET**
**MILLERSBURG, OH 44654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$39,733.52**

---

**3.244**

**Nonpriority creditor's name and mailing address**

**MOODY-PRICE LLC**
**DEPARTMENT NO 232**
**HOUSTON, TX 77210-4869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24,414.36**

---

**3.245**

**Nonpriority creditor's name and mailing address**

**MOTION INDUSTRIES INC**
**2201 S EASTMAN RD    (75602)**
**LONGVIEW, TX 75607-7428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,199.68**

---

**3.246**

**Nonpriority creditor's name and mailing address**

**MOTION INDUSTRIES INC**
**5885 STAPLETON DR N #C312**
**DENVER, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7.32**

---

**3.247**

**Nonpriority creditor's name and mailing address**

**MPI WAREHOUSE SPECIALTY CO**
**PO BOX 940**
**CASPER, WY 82602-0940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$928.40**

---

**3.248**

**Nonpriority creditor's name and mailing address**

**N.T. RUDDOCK CO**
**P O BOX 951199**
**CLEVELAND, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,536.30**

---

Debtor **Legacy Measurement Solutions, Inc.**
_____
Name

Case number (if known) **19-32238**

| | |
|---|---|
| 3.249 **Nonpriority creditor's name and mailing address**<br>**NAMASCO CORPORATION**<br>**DBA KLOECKNER METALS**<br>**SHREVEPORT, LA 71148**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$38,224.70** |

| | |
|---|---|
| 3.250 **Nonpriority creditor's name and mailing address**<br>**NATIONAL OILWELL VARCO L P**<br>**10000 RICHMOND AVE STE 100**<br>**HOUSTON, TX 77042**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$82,250.00** |

| | |
|---|---|
| 3.251 **Nonpriority creditor's name and mailing address**<br>**NATIONAL TUBE SUPPLY CO.**<br>**925 CENTRAL AVE.**<br>**UNIVERSITY PARK, IL 60484**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$249,094.36** |

| | |
|---|---|
| 3.252 **Nonpriority creditor's name and mailing address**<br>**NETRMA PROCESSING**<br>**PO BOX 16777**<br>**AUSTIN, TX 78761**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$46.17** |

| | |
|---|---|
| 3.253 **Nonpriority creditor's name and mailing address**<br>**New Century Financial, Inc.**<br>**c/o Richard I. Judge**<br>**Parkwood One**<br>**10077 Grogan's Mill #540**<br>**Spring, TX 77380**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| | |
|---|---|
| 3.254 **Nonpriority creditor's name and mailing address**<br>**NEW MEXICO TAXATION & REV**<br>**CORPORATE INCOME & FRANCHISE**<br>**SANTA FE, NM 87504-5127**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,525.01** |

| | |
|---|---|
| 3.255 **Nonpriority creditor's name and mailing address**<br>**NICK STRIMBU INC**<br>**3500 PKWY RD**<br>**BROOKFIELD, OH 44403-0268**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,960.20** |

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,296.05 |
| --- | --- | --- | --- |

**NJ MALIN & ASSOCIATES LLC**
**PO BOX 843860**
**DALLAS, TX 75284-3860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969.56 |
| --- | --- | --- | --- |

**NORSE TECHNOLOGIES INC**
**PO BOX 470548**
**FORT WORTH, TX 76147-0548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594,182.31 |
| --- | --- | --- | --- |

**Northeast Natural Energy**
**707 Virginia Street East**
**Suite 1200**
**Charleston, WV 25301-2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _advance payment_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,789.14 |
| --- | --- | --- | --- |

**Northeast Natural Energy LLC**
**707 Virginia Street E.**
**Suite 1200**
**Charleston, WV 25301-2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _A/R net credit balance (current)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $673.05 |
| --- | --- | --- | --- |

**NORTHRUP EQUIPMENT CO.**
**595 FIFTH STREET**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,398.63 |
| --- | --- | --- | --- |

**ODESSA PUMPS & EQUIPMENT**
**PO BOX 60429**
**MIDLAND, TX 79711-0429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,320.00 |
| --- | --- | --- | --- |

**OEO ENERGY SOLUTIONS**
**143 E. MAIN STREET**
**LAKE ZURICH, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,744.75 |
|---|---|---|---|

**OGLETREE DEAKINS NASH**
**SMOAK & STEWART PC**
**COLUBMIA, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,144.36 |
|---|---|---|---|

**OHIO BLASTING EQUIPMENT &**
**MEDIA INC**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ohio Department of Taxation**
**PO Box 182215**
**Columbus, OH 43218-2215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **($62,398.25)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,197.88 |
|---|---|---|---|

**Ohio Edison**
**PO Box 3687**
**Akron, OH 44309-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,977.42 |
|---|---|---|---|

**OHIO TRANSMISSION CORPORATIO**
**PO BOX 73278**
**COLUMBUS, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.94 |
|---|---|---|---|

**Ohio Valley Waste Service**
**PO Box 432**
**Mars, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,235.32 |
|---|---|---|---|

**OKLAHOMA RUBBER & GASKET CO**
**PO BOX 3284**
**TULSA, OK 74101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,022.63 |
|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**BUSINESS TAX DIVISION (SALES**
**OKLAHOMA CITY, OK 73126-0850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.36 |
|---|---|---|---|

**OLD DOMINION FREIGHT LN INC**
**PO BOX 60908**
**CHARLOTTE, TX 28260-0908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,661.20 |
|---|---|---|---|

**ONECIS INSURANCE COMPANY**
**PO BOX 277908**
**ATLANTA, GA 30384-7908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,071.53 |
|---|---|---|---|

**OPECO INC**
**601 SE 30TH STREET**
**OKLAHOMA CITY, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.71 |
|---|---|---|---|

**OPENTEXT INC.**
**2950 SOUTH DELAWARE ST.**
**SAN MATEO, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**ORION ICS, LLC**
**ORION TALENT**
**CARY, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Overhead Door Co. of Tyler**
**2000 Anthony Drive**
**Tyler, TX 75701**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.277**

**Nonpriority creditor's name and mailing address**
**P & M PARKWAY ASSOCIATES,LLC**
**1625 DUTCH LANE**
**HERMITAGE, PA 16148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$37,002.10

---

**3.278**

**Nonpriority creditor's name and mailing address**
**PA TURNPIKE TOLL BY PLATE**
**P.O. BOX 645631**
**PITTSBURGH, PA 15264-5254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$45.50

---

**3.279**

**Nonpriority creditor's name and mailing address**
**Paramount Preferred Sol Inc**
**dba Procomp**
**Toledo, OH 43617**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$325.00

---

**3.280**

**Nonpriority creditor's name and mailing address**
**PARKER HANNIFIN CANADA**
**DBA PHOENIX PRECISION LTD**
**CLEVELAND, OH 44124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$46,692.19

---

**3.281**

**Nonpriority creditor's name and mailing address**
**PARKER HANNIFIN CORP DBA**
**PARKER TEXAS THERMOWELL**
**HOUSTON, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$2,899.47

---

**3.282**

**Nonpriority creditor's name and mailing address**
**PARKWOOD HOLDINGS LTD**
**17314 SH 249 SUITE 115**
**HOUSTON, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$23,546.00

---

**3.283**

**Nonpriority creditor's name and mailing address**
**PAT K HELGESON**
**13810 EMBER RD**
**RAPID CITY, SD 57702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$17,025.00

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,115.00 |
|---|---|---|---|

**PDQ LOGISTICS LLC**
**1970 WILLOW LAKE DR**
**WHITE OAK, TX 75693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,699.99 |
|---|---|---|---|

**PENNSYLVANIA DEPT OF REVENUE**
**PO BOX 280423**
**HARRISBURG, PA 17128-0423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,292.36 |
|---|---|---|---|

**PENNSYLVANIA TOOL SALES &**
**SERVICE INC**
**YOUNGSTOWN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,667.20 |
|---|---|---|---|

**PETROLEUM SQUARE LLC**
**330 MARSHALL ST STE 200**
**SHREVEPORT, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHOENIX FORGING CO INC**
**800 FRONT ST**
**CATASAUQUA, PA 01803-2343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,773.10 |
|---|---|---|---|

**PILLAR INNOVATIONS, LLC**
**92 CORPORATE DR.**
**GRANTSVILLE, MD 21536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,416.00 |
|---|---|---|---|

**PINE ENVIRONMENTAL SERVICES**
**8413 STERLING STREET**
**IRVING, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | 19-32238 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,327.85 |
|---|---|---|---|
| | **PIONEER GASKET COMPANY** | ☐ Contingent | |
| | **PO BOX 968** | ☐ Unliquidated | |
| | **ROCK SPRINGS, WY 82902** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,651.20 |
|---|---|---|---|
| | **PIPER VALVE SYSTEM LTD CO** | ☐ Contingent | |
| | **1020 E GRAND BLVD** | ☐ Unliquidated | |
| | **OKLAHOMA CITY, OK 73129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,162.17 |
|---|---|---|---|
| | **PITNEY BOWES GLOBAL** | ☐ Contingent | |
| | **FINANCIAL SERVICES LLC** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15250** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,132.00 |
|---|---|---|---|
| | **PORTERSVILLE PRD LLC** | ☐ Contingent | |
| | **2680 NEW BUTLER ROAD** | ☐ Unliquidated | |
| | **NEW CASTLE, PA 16101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,982.37 |
|---|---|---|---|
| | **POWER CONTROLS INCORPORATED** | ☐ Contingent | |
| | **1205 W CENTER AVE** | ☐ Unliquidated | |
| | **DENVER, CO 80223** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,606.59 |
|---|---|---|---|
| | **POWER SERVICE INC** | ☐ Contingent | |
| | **5625 CHAPMAN PLACE** | ☐ Unliquidated | |
| | **CASPER, WY 82602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205.05 |
|---|---|---|---|
| | **POWER TOOL & SUPPLY CO INC** | ☐ Contingent | |
| | **3699 LEHARPS ROAD** | ☐ Unliquidated | |
| | **YOUNGSTOWN, OH 44515** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Legacy Measurement Solutions, Inc.**                                  Case number *(if known)*    19-32238
_____
Name

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**PR NEWSWIRE ASSOC LLC**
**GPO BOX 5897**
**NEW YORK, NY 10087-5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,720.00** |
|---|---|---|---|

**PRECISE THERMAL LLC**
**PO BOX 470924**
**CHARLOTTE, NC 28247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,774.53** |
|---|---|---|---|

**PRECISION FITTING & GAUGE CO**
**DEPT 3653**
**TULSA, OK 74182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.80** |
|---|---|---|---|

**PRECISION PUMP AND VALVE LLC**
**406 WESLEY RD**
**LAKE CHARLES, LA 70615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,479.33** |
|---|---|---|---|

**PREFERRED ON-SITE FLEET**
**SERVICES OF TEXAS LLC**
**TYLER, TX 75708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.00** |
|---|---|---|---|

**PRESCOR INC**
**8901 NEW SAPULPA RD  (74131)**
**TULSA, OK 74157-0856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,126.72** |
|---|---|---|---|

**PRESTIGE VALVE & SUPPLY LLC**
**2317 FIELD ST. UNIT R**
**ODESSA, TX 79761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,023.78 |
|---|---|---|---|

**PRIDE OF THE HILLS MF OF WOOSTER, LLC**
ORRVILLE, OH 44667

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pro Energy Solutions**
PO Box 46019
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **($55.94)**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,150.03 |
|---|---|---|---|

**PROFIRE ENERGY INC**
321 S 1250 W
LINDON, UT 84042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**PROVEN REALTY**
3009 31ST AVE W
WILLISTON, ND 58801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,457.74 |
|---|---|---|---|

**PUFFER-SWEIVEN LP**
PO BOX 301124
DALLAS, TX 75303-1124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,775.55 |
|---|---|---|---|

**QAD INC**
10000 MIDATLANTIC ST 100
MT LAUREL, NJ 08054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,640.00 |
|---|---|---|---|

**QUALCAL METROLOGY SERVICES**
5860 PARK VISTA CIRCLE
FORT WORTH, TX 76244

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,112.71**

**R & L CARRIERS**
**PO BOX 713153**
**COLUMBUS, OH 43271-3153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$865.50**

**R J MACHINE**
**130 NORTH RIDGE ROAD**
**MARBLE FALLS, TX 78654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,431.00**

**R.L. WINFIELD, LLC**
**3874 RIDGE ROAD, NE**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,118.00**

**RAE SYSTEMS INC by honeywell**
**PO BOX 740532**
**LOS ANGELES, CA 90074-0532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,188.62**

**RANDSTAD NORTH AMERICA INC**
**PO BOX 7247-6655**
**PHILADELPHIA, PA 17190-6655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,494,243.68**

**RANGE RESOURCES LLC**
**100 Throckmorton Street**
**Suite 1200**
**Fort Worth, TX 76102-2842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **advance payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.63**

**Ranger Field Services**
**PO Box 7148**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer credit balances (old)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number *(if known)* | **19-32238** |
| | Name | | |

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,590.31** |
|---|---|---|---|
| | **Regency Marcellus Gas**<br>**PO Box 132400**<br>**Dallas, TX 75313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __customer credit balances (old)__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,547.01** |
|---|---|---|---|
| | **Rice Drilling B**<br>**2200 Rice Drive**<br>**Canonsburg, PA 15317-9554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __customer credit balances (old)__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$543.19** |
|---|---|---|---|
| | **ROBERT HALF INTERNATIONAL**<br>**DBA ACCOUNTEMPS**<br>**ENGLEWOOD, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,869.00** |
|---|---|---|---|
| | **ROC SERVICE COMPANY LLC**<br>**191 ENERGY WAY**<br>**BRIDGEPORT, TX 76426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,074.31** |
|---|---|---|---|
| | **ROCKY MOUNTAIN OILFIELD**<br>**WAREHOUSE INC**<br>**CASPER, WY 82601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,371.60** |
|---|---|---|---|
| | **ROEMER INDUSTRIES**<br>**1555 MASURY ROAD**<br>**MASURY, OH 44438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,131.61** |
|---|---|---|---|
| | **ROSEMOUNT INC**<br>**8200 MARKET BLVD**<br>**CHANHASSEN, MN 55317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,675.00 |
|---|---|---|---|

**ROTRONIC INSTRUMENT CORP**
**135 ENGINEERS ROAD**
**HAPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,806.00 |
|---|---|---|---|

**RUELCO INC**
**1209 DISTRIBUTORS ROW**
**NEW ORELANS, LA 70123-2213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.88 |
|---|---|---|---|

**Sabine Oil & Gas LLC**
**1415 Louisiana**
**Suite 1600**
**Houston, TX 77002-7490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  customer credit balances (old)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,653.50 |
|---|---|---|---|

**SAIA MOTOR FREIGHT**
**PO BOX A STATION 1**
**HOUMA, LA 70363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,615.00 |
|---|---|---|---|

**SALEM WELDING AND SUPPLY CO**
**475 PROSPECT STREET**
**SALEM, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,605.00 |
|---|---|---|---|

**SBIBC LLC**
**PO Box 268**
**Leavittsburg, OH 44430-0268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,659.22 |
|---|---|---|---|

**SCOT INDUSTRIES INC**
**PO BOX 910018**
**DALLAS, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | **19-32238** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,511.00**

**SCS Signal Holdings LLC**
**PO Box 460109**
**Houston, TX 77056-8109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _customer credit balances (old)_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.00**

**SEECO Inc.**
**PO Box 672625**
**Houston, TX 77267-2625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _customer credit balances (old)_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,189.22**

**SERVICE STEEL AND PIPE INC**
**PO BOX 7961**
**SHREVEPORT, LA 71137-7961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,171.66**

**SETEX PRODUCTS LLC**
**PO BOX 800087**
**KANSAS CITY, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,065.83**

**SHARP ELECTRONICS CORP.**
**DBA SHARP BUSINESS SYSTEMS**
**DALLAS, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,903.86**

**SHERWIN WILLIAMS COMPANY**
**10740 BROADWAY AVE STE A**
**GARFIELD HEIGHTS, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,255.13**

**SHOPPAS MATERIAL HANDLING**
**LTD**
**FORT WORTH, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $789.42 |
|---|---|---|---|

**SHREVEPORT RUBBER&GASKET CO**
**PO BOX 65115**
**SHREVEPORT, LA 71136-5115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $765.53 |
|---|---|---|---|

**SID TOOL CO INC DBA**
**MSC INDUSTRIAL SUPPLY CO**
**MELVILLE, NY 11747-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $498.52 |
|---|---|---|---|

**Skillpath Seminars**
**PO Box 2768**
**Mission, KS 66201-2768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,400.00 |
|---|---|---|---|

**SNELLING-DALLAS**
**4055 VALLEY VIEW LANE**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,900.00 |
|---|---|---|---|

**SNELLING: HOUSTON**
**15340 VANTAGE PARKWAY EAST**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,674.38 |
|---|---|---|---|

**SNELLING: TYLER**
**1225 WSW LOOP 323**
**TYLER, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $123,019.88 |
|---|---|---|---|

**SOUTH TEXAS SPECIALTY**
**WELDERS, LLC**
**PASADENA, TX 77502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number *(if known)* | **19-32238** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$543.06**

**SOUTHERN UTILITIES CO INC**
**218 N BROADWAY**
**TYLER, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Southwestern Energy Production**
**PO Box 672625**
**Houston, TX 77267-2625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _A/R net credit balance (current)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,096.79**

**SPARTA STEEL & EQUIPMENT COR**
**9875 CHESTNUT AVE SE**
**EAST SPARTA, OH 44626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,472.05**

**SPECIALTY WELDING AND**
**TURNAROUNDS, LLC**
**GONZALES, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,530.00**

**SPUR MACHINE WORKS INC**
**3182 SPUR 124**
**TYLER, TX 75707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,773.93**

**STAPLES CONTRACT &**
**COMMERCIAL INC DBA**
**FRAMINGHAM, MA 01702-4478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,225.00**

**STARR MANUFACTURING INC**
**4175 WARREN SHARON RD**
**VIENNA, OH 44473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644.10**

**STREAMLINE PRODUCTION SYSTEM**
**1447 HWY 69 S**
**KOUNTZE, TX 77625-6957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462,077.04**

**Stuart**
**10077 Grogans Mill Road**
**Suite 200**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  advance payment

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,138.92**

**STUART PETROLEUM TESTERS INC**
**DBA STUART PRESSURE CONTROL**
**THE WOODLANDS, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00**

**SULZER CHEMTECH USA**
**PO BOX 700480**
**TULSA, OK 74170-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.11**

**SUMMERS GROUP INC DBA**
**DBA REXEL**
**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,652.39**

**SUMMIT ELECTRIC INC**
**PO BOX 848345**
**DALLAS, TX 75284-8345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,461.98**

**SUNGARD AVAILABILITY SERV**
**91233 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Legacy Measurement Solutions, Inc.**                    Case number (if known)    19-32238
        Name

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,266.70 |
|---|---|---|---|

**SUNNEN PRODUCTS COMPANY**
PO BOX 775304
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,104.08 |
|---|---|---|---|

**SYSTEM ONE HOLDINGS, LLC**
P O BOX 644722
PITTSBURG, PA 15264-4722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.10 |
|---|---|---|---|

**Tarpon Energy Services**
1400 Woodloch Forest Drive
#410
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer credit balances (old)

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,499.72 |
|---|---|---|---|

**TAYLOR VALVE TECHNOLOGY INC**
8300 SW 8TH ST
OKLAHOMA CITY, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,240.45 |
|---|---|---|---|

**TCB AUTOMATION,LLC**
601 W 15TH ST
DOVER, OH 44622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,255.81 |
|---|---|---|---|

**TEAM INDUSTRIAL SERVICES INC**
12204 E ADMIRAL PL
TULSA, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.29 |
|---|---|---|---|

**TELADOC INC**
PO BOX 123417 DEPT 3417
DALLAS, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**
_____
Name

Case number (if known) **19-32238**

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**TELADOC PHYSICIANS PA**
**PO BOX 123297**
**DALLAS, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,826.10 |

**TEXAS CUSTOM COATERS**
**9468 INTERSTATE DRIVE**
**NAVASOTA, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,795.28 |

**TEXAS FLANGE & FITTING**
**SUPPLY INC**
**PEARLAND, TX 77588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |

**Texas Gas Transmission LLC**
**PO Box 20008**
**Owensboro, KY 42304-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _customer credit balances (old)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,892.62 |

**TEXAS PIPING PRODUCTS LLC**
**13903 HUFFMEISTER ROAD**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,984.77 |

**TEXAS STATE COMPTROLLER**
**111 E 17TH STREET**
**AUSTIN, TX 78774-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,022.00 |

**TEXAS VALVE & FITTING CO LLC**
**440A EASTMAN ROAD**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | 19-32238 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,626.03 |
|---|---|---|---|

**THE FASTENAL CO INC**
**420 N EASTMAN ROAD**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,150.00 |
|---|---|---|---|

**THE FURY GROUP**
**710 N POST OAK RD**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,738.80 |
|---|---|---|---|

**THE GAUGE HOUSE LLC**
**PO BOX 80426**
**LAFAYETTE, LA 70598-0426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.85 |
|---|---|---|---|

**THE REYNOLDS COMPANY**
**PO BOX 205653**
**DALLAS, TX 75320-5653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,741.81 |
|---|---|---|---|

**THE SHERWIN WILLIAMS COMPANY**
**305 S BECKHAM AVENUE**
**TYLER, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,083.24 |
|---|---|---|---|

**THE WAGGONERS TRUCKING**
**PO BOX 301420**
**DALLAS, TX 75303-1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,378.04 |
|---|---|---|---|

**THERMO PROCESS**
**INSTRUMENTS L P**
**FRANKLIN, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|

Name

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,491.47 |
|---|---|---|---|

**TMCO INC**
**P O BOX 40**
**SIMONTON, TX 77476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,315.20 |
|---|---|---|---|

**TMS DELIVER INC**
**P O BOX 131060**
**TYLER, TX 75713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,488.90 |
|---|---|---|---|

**TNT CRANES AND RIGGING INC.**
**925 SOUTH LOOP WEST**
**HOUSTON, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,700.00 |
|---|---|---|---|

**TOTAL QUALITY LOGISTICS LLC**
**1701 EDISON DR**
**MILFORD, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,238.88 |
|---|---|---|---|

**TOYOTA INDUSTRIES COMMERCIAL**
**P O Box 660926**
**DALLAS, TX 75155-0926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.85 |
|---|---|---|---|

**TRELOAR INC**
**DBA AQUA CHILL GULF COAST**
**HOUSTON, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.00 |
|---|---|---|---|

**TRI TOOL INC**
**3041 SUNRISE BLVD**
**RANCHO CORDOVA, CA 95742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,484.00 |
|---|---|---|---|

**TRINITY HEADS INC**
**11765 HIGHWAY 6**
**NAVASOTA, TX 77868-5070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,400.00 |
|---|---|---|---|

**TSC LOGISTICS**
**111 FOUNDERS DRIVE**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,402.08 |
|---|---|---|---|

**TXU ENERGY**
**PO BOX 650638**
**DALLAS, TX 75265-0638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,194.75 |
|---|---|---|---|

**TYLER INDUSTRIAL SUPPLY CO**
**PO BOX 120267**
**TYLER, TX 75712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,912.99 |
|---|---|---|---|

**TYLER WELDERS SUPPLY INC**
**PO BOX 2040**
**TYLER, TX 75710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,322.59 |
|---|---|---|---|

**ULINE SHIPPING SUPPLY**
**SPECIALISTS**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $192,316.00 |
|---|---|---|---|

**UNI-FORM COMPONENTS COMPANY**
**10703 SHELDON ROAD**
**HOUSTON, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | | Case number (if known) | 19-32238 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,783.21 |
|---|---|---|---|

**UNIFIRST CORPORATION**
**18999 PARK AVE PLAZA**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,630.73 |
|---|---|---|---|

**UNITED RENTALS (NORTH**
**AMERICA) INC**
**SHREVEPORT, LA 71103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,637.50 |
|---|---|---|---|

**UNITED WELLHEAD SERVICES INC**
**DBA T-3 ENERGY SERVICES WELL**
**HOUSTON, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,538.72 |
|---|---|---|---|

**UNUM LIFE INSURANCE CO**
**OF AMERICA**
**ATLANTA, GA 30384-6834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.72 |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,657.45 |
|---|---|---|---|

**UPS**
**PO BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $557.36 |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Legacy Measurement Solutions, Inc.**
Name

Case number (if known)   19-32238

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,436.18 |
|---|---|---|---|

**UPS FREIGHT**
**P O BOX 650690**
**DALLAS, TX 75265-0690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,329.44 |
|---|---|---|---|

**UPS Ground Freight**
**dba UPS Freight**
**Richmond, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,842.44 |
|---|---|---|---|

**US SAFETYGEAR INC**
**PO BOX 309**
**LEAVITTSBURG, OH 44430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,420.00 |
|---|---|---|---|

**VALLEY INDUSTRIAL TRUCKS**
**1152 MEADOWBROOK AVE**
**YOUNGSTOWN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,300.00 |
|---|---|---|---|

**VALTRONICS INC**
**43 RITMORE DRIVE**
**RAVENSWOOD, WV 26164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,851.25 |
|---|---|---|---|

**VECTOR CONTROLS LLC**
**PO BOX 732145**
**DALLAS, TX 75373-2145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,075.45 |
|---|---|---|---|

**Vectren Energy Delivery**
**PO Box 209**
**Evansville, IN 47700-0209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _customer credit balances (old)_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,083.87 |
|---|---|---|---|

**Veolia North America Inc**
**53 State Street**
**14th Floor**
**Boston, MA 02109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $658.11 |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,319.97 |
|---|---|---|---|

**VINSON PROCESS CONTROLS**
**PO BOX 671389**
**DALLAS, TX 75267-1389**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**W D NORTON INC**
**DBA OVERHEAD DOOR COMPANY OF**
**TYLER, TX 75701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67,394.88 |
|---|---|---|---|

**W W GRAINGER INC DBA**
**GRAINGER**
**LONGVIEW, TX 75606-3524**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,093.49 |
|---|---|---|---|

**WEAMCO INC**
**DBA WEAMCOMETRIC**
**SAPULPA, OK 74066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,868.03 |
|---|---|---|---|

**WEBB INDUSTRIES**
**DBA WEBB CORPORATION**
**WEBB CITY, MO 64870**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | 19-32238 |
|---|---|---|---|
| | Name | | |

---

**3.417**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,376.45 |
|---|---|---|
| **WELD WORX LLC**<br>**3220 FM 2767**<br>**TYLER, TX 75708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.418**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,524.06 |
|---|---|---|
| **WELKER INC**<br>**PO BOX 138**<br>**SUGAR LAND, TX 77487-0138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.419**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,381.95 |
|---|---|---|
| **WELLMARK COMPANY**<br>**P O BOX 732733**<br>**DALLAS, TX 75373-2733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.420**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,125.55 |
|---|---|---|
| **WELLS FARGO FINANCIAL LEASIN**<br>**P O BOX 10306**<br>**DES MOINES, IA 50306-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.421**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,881.79 |
|---|---|---|
| **WHITE DEER MANAGEMENT LLC**<br>**700 LOUISIANA ST STE 4770**<br>**HOUSTON, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.422**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,053.35 |
|---|---|---|
| **WHOLESALE ELECTRIC SUPPLY**<br>**CO INC**<br>**TEXARKANA, TX 75501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.423**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,123.37 |
|---|---|---|
| **WIKA INSTRUMENT CORPORATION**<br>**1000 WIELAND BLVD**<br>**LAWRENCEVILLE, GA 30043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Legacy Measurement Solutions, Inc.**                    Case number (if known)    19-32238

_____
        Name

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Wesley Carnes Sr.**
**c/o John L. Slejk**
**526 Moosic Street, 2nd Floor**
**Scranton, PA 18505**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.425   **Nonpriority creditor's name and mailing address**
**WKBN**
**PO BOX 403911**
**ATLANTA, GA 30384**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,100.00**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.426   **Nonpriority creditor's name and mailing address**
**WOLSELEY INDUSTRIAL GROUP IN**
**ATTN FEI2735**
**DALLAS, TX 75284**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$267,785.04**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.427   **Nonpriority creditor's name and mailing address**
**Work Wear Safety Shoes**
**6318 Airport Freeway**
**Haltom City, TX 76117**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __

Basis for the claim:  **($334.17)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.428   **Nonpriority creditor's name and mailing address**
**Wyoming Dept of Revenue**
**Dept of Revenue**
**Herschler Building**
**Cheyenne, WY 82002-0110**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,262.78**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.429   **Nonpriority creditor's name and mailing address**
**YOUNGS VENDING**
**200 SNYDER ROAD**
**HERMITAGE, PA 16148**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,559.50**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.430   **Nonpriority creditor's name and mailing address**
**ZMAC TRANSPORTAION SOLUTIONS LLC**
**RACINE, WI 53403**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,579.00**

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Legacy Measurement Solutions, Inc.** | Case number (if known) | **19-32238** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Glenn D. Phillips**<br>**1003 Stone Rd.**<br>**Kilgore, TX 75662** | Line **3.227**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jay R. Carson**<br>**Wegman, Hessler & Vanderburg**<br>**6055 Rockside Woods Blvd., Ste 200**<br>**Independence, OH 44131** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Peter C. Kratcoski**<br>**Williams, Kratcoski & Can, LLC**<br>**Eleven South River St., Ste. A**<br>**Kent, OH 44240** | Line **3.214**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Philip A. Hewes**<br>**Fitzgerald, Franke & Hewes, LLP**<br>**53 West Jackson Blvd., Ste. 838**<br>**Chicago, IL 60604** | Line **3.153**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Raymond A. Neuer**<br>**2500 Two Houston Center**<br>**909 Fannin Street**<br>**Houston, TX 77010** | Line **3.395**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 225,103.01 |
| 5b. Total claims from Part 2 | 5b. + | $ | 17,211,961.38 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 17,437,064.39 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Legacy Measurement Solutions, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-32238</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Real estate lease at 8521 FM 850 (75705), Tyler, TX** | |
| State the term remaining **06/04/28** | **213 Investments** |
| List the contract number of any government contract | **PO Box 2528 Longview, TX 75606** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Real estate lease at 116 East Liberty St., 2nd Floor, Wooster, OH** | |
| State the term remaining **05/31/20** | **ABM Investments** |
| List the contract number of any government contract | **1099 W. Milltown Wooster, OH 44691** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Real estate lease at 16415 Addison Road, Suite 800, Addison, TX** | |
| State the term remaining **04/30/19** | **Addison Tower Investments** |
| List the contract number of any government contract | **12600 Northborough Suite 280 Houston, TX 77067** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Various printer/copiers x4 (detailed list can be provided)** | |
| State the term remaining | |
| List the contract number of any government contract | **De Lage Landen Financial** |

Debtor 1  **Legacy Measurement Solutions, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **19-32238**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Water dispenser**

State the term remaining

List the contract number of any government contract

**DS Waters of America**
**dba Kentwood Springs**
**PO Box 660579**
**Dallas, TX 75266**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Various copier/printers x25 (detailed list can be provided)**

State the term remaining

List the contract number of any government contract

**FPR Holdings LP**
**8221 Tristar Drive**
**Irving, TX 75063**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Real estate lease at 14330 Evans Road, Okarche, OK**

State the term remaining — **11/30/21**

List the contract number of any government contract

**Kudron Land & Development**
**Piedmont, OK 73078**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Real estate lease at 4331 Brantner Road, DCP Yard, Colorado**

State the term remaining — **11/30/19**

List the contract number of any government contract

**Lundvall Enterprise Inc.**
**15487 WCR 46**
**La Salle, CO 80645**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Real estate lease at 6882 Parkway Drive, Brookfield, OH**

State the term remaining — **06/30/26**

List the contract number of any government contract

**P&M Parkway Associates**
**1625 Dutch Lane**
**Hermitage, PA 16148**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Real estate lease at 10077 Grogans Mill, Suite 200, The Woodlands, TX**

State the term remaining — **10/31/20**

List the contract number of any

**Parkwood Holding**
**17314 SH 249**
**Suite 115**
**Houston, TX 77064**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Legacy Measurement Solutions, Inc.**                                    Case number (*if known*)   **19-32238**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease at 10 74th Street East, Williston, ND** | |
|---|---|---|---|
| | State the term remaining | **11/30/19** | **Pat Helgeson 13810 Ember Road Rapid City, SD 57702** |
| | List the contract number of any government contract | | |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease at 1324 N. Hearne Ave., Ste 210, Shreveport** | |
|---|---|---|---|
| | State the term remaining | **01/06/20** | **Petroleum Square 330 Marshall St. Suite 200 Shreveport, LA 71101** |
| | List the contract number of any government contract | | |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine x3** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes PO Box 371887 Pittsburgh, PA 15250** |
| | List the contract number of any government contract | | |

---

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease at 6884 Parkway Drive, Brookfield, OH** | |
|---|---|---|---|
| | State the term remaining | **04/30/20** | **SBIBC LLC PO Box 268 Brookfield, OH 44403** |
| | List the contract number of any government contract | | |

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Model 8FGU32-37329 - Midland, TX** | |
|---|---|---|---|
| | State the term remaining | **08/01/22** | **Toyota Industries Commercial PO Box 660926 Rice, TX 75155-0926** |
| | List the contract number of any government contract | | |

---

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Water dispenser** | **Trealor dba Aqua Chill Gulf Coast 1312 S. Loop W. Houston, TX 77054** |
|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Legacy Measurement Solutions, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **19-32238**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | _____ |

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease on Debtor's Lease at 10 74th Street East, Williston, ND 58801; dates of Sublease are 02/01/2019 through 11/30/2019 (Lessor is Pat Hegleson)** | |
| | State the term remaining | **expires 11/30/2019** | **Trigger Energy, Inc. 10 74th Street East Williston, ND 58801** |
| | List the contract number of any government contract | _____ | |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Records in storage** | |
| | State the term remaining | | **U-Haul Moving & Storage North Shreveport 1605 N. Hearne Shreveport, LA 71107** |
| | List the contract number of any government contract | _____ | |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Various Copier/Printers x3 (detailed list can be provided)** | |
| | State the term remaining | | **Wells Fargo Financial Leasing PO Box 10306 Des Moines, IA 50306-0306** |
| | List the contract number of any government contract | _____ | |

---

**Fill in this information to identify the case:**

Debtor name     **Legacy Measurement Solutions, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     **19-32238**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **White Deer Energy** | **700 Louisiana Street Suite 4770 Houston, TX 77002 Guarantor** | **Amegy Bank** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Legacy Measurement Solutions, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **19-32238**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2019**          X **/s/ Joe Compofelice**
_____
Signature of individual signing on behalf of debtor

**Joe Compofelice**
_____
Printed name

**CEO & Board Member**
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**