# United States Bankruptcy Court
## Southern District of Texas

In re    __Legacy Measurement Solutions, Inc.__             Case No.    __19-32238__

                                    Debtor(s)                      Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the CEO & Board Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 22, 2019__               __/s/ Joe Compofelice__

                                             __Joe Compofelice__/CEO & Board Member
                                             Signer/Title

Matthew Okin
Okin Adams LLP
1113 Vine St., Suite 240
Houston, TX 77002


Legacy Measurement Solutions, Inc.
10077 Grogans Mill Rd, Suite 200
Spring, TX 77380


United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002


213 Investments
PO Box 2528
Longview, TX 75606


213 Investments, LLC
PO Box 2528
Longview, TX 75606


A-1 SHEETMETAL INC
5909 EAST 15TH STREET
TULSA, OK 74112


AAXION INC.
PO Box 4322
Tyler, TX 75712


ABB INC
PO BOX 88868
CHICAGO, IL 60695-1868

ABBOTT VALVE & FITTING CO
P O BOX 632727
CINCINNATI, OH 45263-2727


ABM Investments
1099 W. Milltown
Wooster, OH 44691


ABM INVESTMENTS LTD
1099 W MILLTOWN
WOOSTER, OH 44691


ACCURATE MANUFACTURING INC
2765 DAWSON RD
TULSA, OK 74110-5035


ACUREN INSPECTIONS INC
P O BOX 846313
DALLAS, TX 75284-6313


ADDISON TOWER INVESTMENT CO
12600 NORTHBOROUGH STE 280
HOUSTON, TX 77067


Addison Tower Investments
12600 Northborough
Suite 280
Houston, TX 77067


ADE-WIFCOSTEEL PRODUCTS, INC
WIFCO STEEL PRODUCTS, INC
HUTCHINSON, KS 67502

ADVANCED CONTROL
PRODUCTS LLC
CINCINNATI, OH 45246


ADVANCED OILFIELD SERVICES
40 VARNER LN
CLAYSVILLE, PA 15323


AEON PROCESS EQUIPMENT &
CONTROL SOLUTIONS INC DBA
SHREVEPORT, LA 71137


AEROTEK INC
DBA AEROTEK PROFESSIONAL
HANOVER, MD 21076


AFLAC
PO Box 84069
Columbus, GA 31908-4069


AIR QUALITY ASSOCIATES INC
3933 FM 344 E
TYLER, TX 75703


AIRGAS INC
DBA AIRGAS USA LLC
MAGNOLIA, AR 71753


AIRGAS INC
DBA AIRGAS USA LLC
WILLIAMSPORT, PA 17701-4084

Amegy Bank
1717 W. Loop S.
Houston, TX 77027


AMENCE DEVELOPMENT, LLC
13527 MISSARAH LANE
CYPRESS, TX 77429


AMERESCO SOLAR
PO BOX 849720
DALLAS, TX 75284


American Energy Woodford LLC
PO Box 5426
Oklahoma City, OK 73154


American Industrial Training
American Industrial Lifting
Flat Rock, MI 48134


AMERICAN PIPING PRODUCTS IN
PO BOX 928
CHESTERFIELD, MO 63006


ANCHOR SAFETY INC
PO BOX 10030
LONGVIEW, TX 75608


ANDREWS INDUSTRIAL CONTROLS
108 ROSSLYN ROAD
CARNEGIE, PA 15106

AON RISK SERVICES SOUTHWEST
INC
CHICAGO, IL 60675-1943


API
AUTOBODY PRODUCTS INC
BUTLER, PA 16001-6027


API CONTROL SYSTEM SOLUTIONS
218 HECTOR CONNOLY RD
CARENCRO, LA 70520


APIS INC
6751 ENGLE ROAD
MIDDLEBUR HTS, OH 44130


APO PUMPS & COMPRESSORS
6607 CHITTENDEN ROAD
HUDSON, OH 44236


APPLIED INDUSTRIAL TECH INC
126 CARR LANE
FAIRMONT, WV 26554


APPLIED PIPELINE INC
244 N FINDLEY ST
PUNXUTANWNEY, PA 15767


ARRAY HOLDINGS DBA
CACTUS FLOW PRODUCTS
HOUSTON, TX 77032

ARROW VALVE COMPANY INC
200 N FOREMAN STREET
CANEY, KS 67333


ARROWHEAD CONTRACTORS SUPPLY
201 ESTES DRIVE
LONGVIEW, TX 75602


ASCO, L.P.
PO BOX 73115
CHICAGO, IL 60673


ATCHAFALAYA MEASUREMENT INC
124 CREDIT DR
SCOTT, LA 70583


ATS SPECIALIZED INC.
725 OPPORTUNITY DRIVE
ST. CLOUD, MN 56301


AUTOMATION-X CORPORATION
620 S CARLTON
FARMINGTON, NM 87401


AWC INC
PO BOX 974800
DALLAS, TX 75397-4800


AYRSHIRE INC
PO BOX 172
CHARDON, OH 44024

AZZ GALVANIZING
PO BOX 843771
DALLAS, TX 75284


BAIRD HOTSHOT SERVICES LLC
2217 LYNN ST
PAMPA, TX 79065


BAKER TANKHEAD INC
PO BOX 77021
FORT WORTH, TX 76177


BALON CORPORATION
3245 S HATTIE
OKLAHOMA CITY, OK 73129-6621


BARCLAY
DALLAS BRANCH
PLANO, TX 75074


BBP SALES INC
337 HIGHLANDIA DRIVE
BATON ROUGE, LA 70810


BCBSTX
1001 E LOOKOUT DRIVE
RICHARDSON, TX 75082


BECDEL CONTROLS INC
1869 WARREN AVENUE
NILES, OH 44446

BEREAU VERITAS- ONE CIS
INSURANCE
ATLANTA, GA 30384


BIG RED FASTENERS
608 N WALNUT AVE
BROKEN ARROW, OK 74012


BKM SOWAN HORAN LLP
15301 DALLAS PKWY STE 960
ADDISON, TX 75001


BLOEDORN LUMBER-CASPER
665 SO WALNUT
CASPER, WY 82602-0265


Blue Racer Midstream LLC
5949 Sherry Lane
Suite 1300
Dallas, TX 75225-8036


BRUEST CATALYTIC HEATERS
PO BOX 827
INDEPENDENCE, KS 67301


CAL TEC LABS INC.
501 MANSFIELD AVE
PITTSBURGH, PA 15205


CANALTA USA CORPORATION
1631 COOPER CREEK RD
DENTON, TX 76208

CAPITAL VALVE & FITTING CO I
9243 INTERLINE AVE
BATON ROUGE, LA 70809-1986


CARBOLINE COMPANY
P O BOX 931942
CLEVELAND, OH 44193


Carolyn M. Leck
Canadian County Treasurer
201N Choctaw
El Reno, OK 73036


CATALYTIC HEATER COMPANY
PO BOX 188
TERRELL, TX 75160


CCI THERMAL TECHNOLOGIES
TEXAS INC
HOUSTON, TX 77032


Centerpoint Energy
PO Box 4981
Houston, TX 77210-4981


CENTURYLINK
PO BOX 29040
PHOENIX, AZ 85038-9040


CHARBONNEAU INDUSTRIES INC
DBA C I ACTUATION
DALLAS, TX 75284-2348

CHARTS LTD
2031 TRADE DR
MIDLAND, TX 79706


Chevron Corporation
6001 Bollinger Canyon Road
San Ramon, CA 94583-2324


Chevron North America
6001 Bollinger Canyon Road
San Ramon, CA 94583-2324


CHURCH TOWNE GAS & WELDING
860 SUNEL ROAD
COCHRANTON, PA 16314


Cimarron Electric
PO Box 299
Kingfisher, OK 73750


CINTAS CORPORATION #310
PO BOX 630910
CINCINNATI, OH 45263-0910


CINTAS CORPORATION NO 2
PO BOX 631025
CINCINNATI, OH 45263-1025


CITY OF TYLER
TYLER WATER UTILITIES
TYLER, TX 75710-0336

CJS JANITORIAL SERVICES OF
NEO LLC
WARREN, OH 44484


CLEAN HARBORS ENVIRONMENTAL
42 LONGWATER DRIVE
NORWELL, MA 02061


CODEWARE INC
P O BOX 741888
ATLANTA, GA 30384-1888


COGENT INC
INDUSTRIAL MEASUREMENT
BILLINGS, MT 59101


Colorado Dept of Revenue
1375 Sherman Street
Denver, CO 80261-0013


COLORADO ENGINEERING
EXPERIMENT STATION INC DBA
NUNN, CO 80648


COMPUTER ENGINEERING INC
DBA CEI
BLUE SPRINGS, MO 64014


COMSAL INC
DBA TAXSAVER PLAN
DALLAS, TX 75204

Conoco Phillips
PO Box 2200
Bartlesville, OK 74005-2200


CONTINENTAL BATTERY COMPANY
4919 WOODALL STREET
DALLAS, TX 75247-6710


CONTRACTORS BUILDING SUPPLY
DBA CBS RENTAL AND SUPPLY
HOUSTON, TX 77210


CORCENTRIC COLLECTIVE
BUSINESS SYSTEMS
CHICAGO, IL 60693


COUNCIL DEVELOPMENT CORP
DBA PEC/PREMIER SAFETY
MANDEVILLE, LA 70471


CROZIER WELDING, LLC
53585 LAFAYETTE TWP. ROAD
FRESNO, OH 43824


CRYSTAL ENGINEERING
CORPORATION
SAN LUIS OBISPO, CA 93401


CT CORPORATION SYSTEM
208 NORTH BROADWAY SUITE 313
BILLINGS, MT 59101

CTMI LLC
12720 HILLCREST RD
DALLAS, TX 75002


Dahlia Development LLC
c/o Adam Cunyus
Midland, TX 79710


DALLAS VALVE & INSTRUMENT CO
3365 GARDEN BROOK DRIVE
DALLAS, TX 75234


DANIEL MEAS & CONTROL INC
11100 BRITTMORE PARK DR
HOUSTON, TX 77041


DANOS, LLC
3878 W. MAIN STREET
GRAY, LA 70359


Darrell Florence et al
c/o Jeffrey T. Embry
Hossley & Embry, LLP
515 S. Vine Ave.
Tyler, TX 75702


DATA SHREDDING SERVICES OF
TEXAS, INC II
HOUSTON, TX 77018


DAVIS & DAVIS CO
PO BOX 9922
DENVER, CO 80209

DE LAGE LANDEN FINANCIAL
PO BOX 41601
PHILADELPHIA, PA 19101-1601


De Lage Landen Financial


DEFELSKO CORPORATION
802 PROCTOR AVE
OGDENSBURG, NY 13669


DELTA DENTAL INSURANCE CO
1130 SANCTUARY PARKWAY
ALPHARETTA, GA 30009


DELTA SCREEN & FILTRATION,
LLC
HOUSTON, TX 77284


DELTA STEEL INC
P O BOX 849086
DALLAS, TX 75284-9086


Devon Energy Production
333 W. Sheridan Avenue
Oklahoma City, OK 73102-5010


DISA GLOBAL SOLUTIONS INC
DEPT 3731
DALLAS, TX 75312-3731

DISCOUNT DOOR AND PAINT
1531 EAST BURLINGTON
CASPER, WY 82601


DOWN-RIGHT FREIGHT LLC
3065 NORTH GOLIAD ST
ROCKWALL, TX 75087


DS WATERS OF AMERICA
DBA KENTWOOD SPRINGS
DALLAS, TX 75266-0579


DS Waters of America
dba Kentwood Springs
PO Box 660579
Dallas, TX 75266


DYNAMIC FREIGHT CARRIERS INC
P O BOX 843007
KANSAS CITY, MO 64184


Eaglehawk Field Service
1360 Post Oak Blvd.
Houston, TX 77056-3030


EAS ISOLATION VALVES INC OKC
P O BOX 955991
ST LOUIS, MO 63195-5991


EAST TEXAS FASTENERS
2320 EAST COMMERCE
TYLER, TX 75702

EAST TEXAS LIFT TRUCK INC
P O BOX 8251
TYLER, TX 75701


EAST TEXAS PAINT & COATINGS
2115 EAST 5TH STREET
TYLER, TX 75701


ECAD INC
P O BOX 51507
MIDLAND, TX 79710-1507


EDGEN MURRAY CORPORATION
18444 HIGHLAND ROAD
BATON ROUGE, LA 70809


EDGEN MURRAY LLC
18444 HIGHLAND ROAD
BATON ROUGE, LA 70884


ELECTRIC SUPPLY COMPANY INC
P O BOX 1741
SHREVEPORT, LA 71166


ELLIOTT ELECTRIC SUPPLY INC
1500 W COTTON
LONGVIEW, TX 75604


ELLISPORTER
755 W BIG BEAVER RD STE 110
TROY, MI 48084

Elster American Meter
2221 Industrial Road
Nebraska City, NE 68410


EMPOWER RETIREMENT
P O BOX 173764
DENVER, CO 80217-3764


Enable Midstream Partners LP
PO Box 258853
Oklahoma City, OK 73125


Encana Oil & Gas USA Inc.
370 17 Street
Suite 1700
Denver, CO 80202-1370


ENDRESS+HAUSER INC
PO BOX 78000
DETROIT, MI 48278-0795


ENERGY POWER SERVICES
3251 BRIGHTWOOD
NEW PHILADELPHIA, OH 44663


Energy Transfer Fuel LP
800 E. Sonterra Blvd.
San Antonio, TX 78258-3940


Enterprise Products Oper LP
1100 Louisiana
Suite 1128
Houston, TX 77002-5227

ENVIRONMENTAL & SAFETY
SUPPORT GROUP LLC
EDMOND, OK 73083-7773


ENVIRONMENTAL SPECIALISTS
1000 ANDREWS AVE
YOUNGSTOWN, OH 44505


EOG Resources Inc.
PO Box 4362
Houston, TX 77210-4362


EQT Production
PO Box 23425
Pittsburg, PA 15222


EQUIPMENT & CONTROLS INC
2 PARK DRIVE
LAWRENCE, PA 15055


ESAB WELDING AND CUTTING PRO
411 S EBENEZER ROAD
FLORENCE, SC 29501


EXAMINETICS INC
10561 BARKLEY PLACE STE 400
OVERLAND PARK, KS 66212


EXECUTIVER LANDSCAPING INC
P O BOX 1480
VIENNA, OH 44473

F & G INDUSTRIES
P O BOX 704
TERRELL, TX 75160


FABCO PRODUCTS INC
PO BOX 489
HAWKINS, TX 75765


FARWEST CORROSION CONTROL CO
12029 REGENTVIEW AVE
DOWNEY, CA 90241


FASTENAL CO
600 SSE LOOP 323
TYLER, TX 75702


FASTENER SOLUTIONS INC
20 CHESTNUT STREET
GARFIELD, NJ 07026


FCX PERFORMANCE INC
3000 E 14TH AVE
COLUMBUS, OH 43219


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FIDELITY SECURITY
LIFE INSURANCE
CINCINNATI, OH 45263-2530

FILTRATION GROUP PROCESS INC
428 N. ELM
NOWATA, OK 74048


FLAMECO INDUSTRIES INC
PO BOX 4303
TULSA, OK 74159


FLOW CONTROL EQUIPMENT LLC
PO BOX 60939
LAFAYETTE, LA 70596


Flow-Zone Measurement Ltd
PO Box 13887
Odessa, TX 79768-3887


FLUID SEALING PRODUCTS INC
155 SOUTHBELT INDUSTRIAL DR
HOUSTON, TX 77047


FMC TECHNOLOGIES
MEASUREMENT SOLUTIONS
CHICAGO, IL 60693


FORBERG SCIENTIFIC INC
C/O FIFTH THIRD BANK
CINCINNATI, OH 45263-4380


FORT WORTH F & D CO INC
3040 PEDEN ROAD
FORT WORTH, TX 76179

FOUR STATES GASKET & RUBBER
INC
FARMINGTON, NM 87401


FPR HOLDINGS LP
8221 TRISTAR DR
IRVING, TX 75063


FPR Holdings LP
8221 Tristar Drive
Irving, TX 75063


Gary B. Barber
Smith County Tax Office
PO Box 2011
Tyler, TX 75710


GC BUILDING SUPPLY INC
1070 COLMAN CIRCLE
CASPER, WY 82602


GCIC LLC DBA
RES ENERGY SOLUTIONS
DALLAS, TX 75267-1705


GE MDS LLC
175 SCIENCE PKWY
ROCHESTER, NY 14620


GEN X MACHINE TECHNOLOGIES
INC
TULSA, OK 74145

GENERAL INSULATION INC
110 SOUTH WARD DR
LONGVIEW, TX 75604


GGCTR INC
GULF COAST TOOL & RENTAL
PASADENA, TX 77505


GIRARD MACHINERY SALES CORP
PO BOX 298
GIRARD, OH 44420-0298


GK TECHSTAR LLC
TECHSTAR
DEER PARK, TX 77536


Glenn D. Phillips
1003 Stone Rd.
Kilgore, TX 75662


GOODHART SONS, INC.
2515 HORSESHOE RD
LANCASTER, PA 17601


GRAINGER (810463117)
PO BOX 419267
KANSAS CITY, MO 64141-6267


GRANT THORNTON LLP
33911 TREASURY CENTER
CHICAGO, IL 60694-3900

GRAPHIC CONTROLS LLC
PO BOX 1271
BUFFALO, NY 14240-1271


GRAYBAR - DALLAS
PO BOX 840458
DALLAS, TX 75284-0458


GREGORY A MORRIS
DBA A HOTSHOT
BOSSIER CITY, LA 71112


GULF COAST TECHNOLOGY GROUP,
LLC
HOUSTON, TX 77066


GULF COAST TMC LLC
7670 HIGHWAY 10
ETHEL, LA 70730


H & K EQUIPMENT
4200 CASTEEL DRIVE
CORAOPOLIS, PA 15108


HAJOCA CORPORATION
DBA ALL-TEX PIPE & SUPPLY
DALLAS, TX 75391-1854


Hess Services Inc.
PO Box 843
Hays, KS 67601-0843

HILLSDALE CONSTRUCTION &
EXCAVATING CO. INC.
HILLSDALE, PA 15746


HILTI INC
PO BOX 650756
DALLAS, TX 75265-0756


HOSE SPECIALTY & SUPPLY CO
301 MONTGOMERY STREET
SHREVEPORT, LA 71107


HOUSTON OILFIELD EQUIPMENT
INC
HOUSTON, TX 77905


Hudson Energy
PO Box 731137
Dallas, TX 75373-1137


HUGG & HALL EQUIPMENT
7201 SCOTT HAMILTON
LITTLE ROCK, AR 72209


HUGHES-PRIMEAU CONTROLS, INC
7670 FIRST PL
OAKWOOD VILLAGE, OH 44146


HURST METALLURGICAL RESEARCH
LABORATORY INC
EULESS, TX 76040

HUTTON COMMUNICATIONS INC
ATTN: ACCOUNTING
CARROLLTON, TX 75006


HYPERTHERM INC
21 GREAT HOLLOW ROAD
HANOVER, NH 03755


HYTORC
DIV UNEX CORP
MAHWAH, NJ 07430


INDUSTRIAL PIPING SPECIALIST
PO BOX 581270
TULSA, OK 74158


INDUSTRIAL SCREEN AND
MAINTENANCE INC
CASPER, WY 82602


INDUSTRIAL SUPPLY & SERVICE,
LLC
SHREVEPORT, LA 71137


INDUSTRIAL TUBE AND STEEL CO
4658 CRYSTAL PARKWAY
KENT, OH 44240-8020


INFERNO MANUFACTURING CORP
115 RICOU ST
SHREVEPORT, LA 71107-6933

INGERSOLL RAND COMPANY
INGERSOLL RAND SOLUTIONS
DALLAS, TX 75211


Jason T. Lyod
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002


JAY D ENTERPRISES
P O BOX 253 E 1ST STREET
WAYNESBURG, PA 15370


Jay R. Carson
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Ste 200
Independence, OH 44131


JAYCO INC
PO BOX 20026
OKLAHOMA CITY, OK 73156


JET SPECIALTY
102 F ROTHROCK DRIVE
LONGVIEW, TX 75602


JKLM ENERGY LLC
2200 Gorgetowne Drive
#500
Sewickley, PA 15143


JKLM Energy LLC
2200 Georgetown Drive
#500
Sewickley, PA 15143

JOHN GRADY ABBOTT
W & W SALES COMPANY
BROKEN ARROW, OK 74012


JOHN H CARTER CO INC
17630 PERKINS RD
BATON ROUGE, LA 70810


Joshua Wolfshohl
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002


JP STEEL LLC
P O BOX 592
KATY, TX 77492


JUGENHEIMER INDUSTRIAL
SUPPLIES INC
HUBBARD, OH 44425


Julian C. Whittington
Sheriff and Ex-Officio Tax Collector
Parish of Bossier
PO Box 850
Benton, LA 71006-0850


K2CONTROLS INC
4420 FM 1960 W SUITE 116
HOUSTON, TX 77068


KELLEY INSTRUMENT MACH INC
PO BOX 5368
TEXARKANA, TX 75505-5368

KENCO ENGINEERING INC
10105 E 55TH PL    (74146)
TULSA, OK 74147-0426


KIMRAY OIL & GAS EQUIPMENT
& CONTROLS
OKLAHOMA CITY, OK 73154-0949


KNICKERBOCKER RUSSELL CO INC
4759 CAMPBELLS RUN RD
PITTSBURGH, PA 15205


KOFLO CORPORATION
309 CARY POINT DR
CARY, IL 60013


KOONS & ASSOCIATES
PO BOX 470161
TULSA, OK 74147


Kudron Land & Development
Piedmont, OK 73078


KUDRON LAND AND DEVELOPMENT
LLC
PIEDMONT, OK 73078


LANCASTER SAGA HOLDINGS, LLC
LANCASTER FLOW AUTOMATION
HOUSTON, TX 77041

```
LEE SUPPLY INC
821 EAST INDEPENDENCE
TULSA, OK 74109



Legacy Reserves Operating LP
303 West Wall
Suite 1800
Midland, TX 79701



LEGION WORX LLC
942 LEHMAN ST.
HOUSTON, TX 77018



LEVEL (3)
CENTURY LINK
DENVER, CO 80291-0182



LINKEDIN CORP
1000 W MAUDE AVE
SUNNYVALE, CA 94085



LOCKE LORD LLP
2200 ROSS AVE STE 2200
DALLAS, TX 75201



LOGIC PLUNGER LIFT, INC.
7265 Thatcher Ave. NW
KENT, OH 44240



Lower Valley Energy
PO Box 188
Afton, WY 83110-0188
```

LUMINOUS SERVICES
DBA: CLOUD COMMERCIAL SERV
WHITE OAK, TX 75693


Lundvall Enterprise Inc.
15487 WCR 46
La Salle, CO 80645


LUNDVALL ENTERPRISES INC
15487 WCR 46
LA SALLE, CO 80645


M & M INSTRUMENTS LLC
5022 SYCAMORE AVE
PASADENA, TX 77503


M & P FLANGE & PIPE
PROTECTION INC
HOUSTON, TX 77055


M5 INCORPORATED
200 N FALCON
OKLAHOMA CITY, OK 73127


MAC-WELD MACHINING LTD.
1324 LOUGAR AVE
SARNIA, ON 47S 5N7


MACH I ENERGY & CONSTRUCTION
DBA SPECIALTY PRESSURING SER
WATERFORD, OH 75786

MADURA STEEL SALES INC
2505 N HERMITAGE RD
HERMITAGE, PA 16148


MAKO PRODUCTS, LLC
5612 INDUSTRIAL BLVD
EDMOND, OK 73034


MANCHESTER TANK &
EQUIPMENT CO
FRANKLIN, TN 37067


MARCO GRP INTERNATIONAL INC
3425 E LOCUST STREET
DAVENPORT, IA 52803


MARCO INSPECTION SERVICES
2322 MEADOWS LANE
LONGVIEW, TX 75603


MASTER FLO VALVE USA INC
8726 FALLBROOK DR
HOUSTON, TX 77064


MATHESON TRI-GAS INC
PO BOX 123028
DALLAS, TX 75312


MCADOOS INC
1225 ROUTE 40 WEST
CLAYSVILLE, PA 15323

MCAFEE MACHINE INC
PO BOX 69038
ODESSA, TX 79769-9038


MCELROY METAL MILL INC
DBA MCELROY METAL INC
SHREVEPORT, LA 71163-1158


MCLOONE METAL GRAPHICS
PO BOX 1117
LA CROSSE, WI 54602-1117


McMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-4355


MCTV
PO BOX 1000
MASSILLON, OH 44648


MERCER VALVE CO INC
9609 NW 4TH (73127)
OKLAHOMA CITY, OK 73123-2487


MERLA LLC
51 ESPLANADE BLVD
HOUSTON, TX 77060


MESA INC
291 W. STEUBEN STREET
PITTSBURGH, PA 15205

METALS USA PLATES & SHAPES
SOUTHCENTRAL INC
MUSKOGEE, OK 74403


METROPOLITAN TELECOM INC
METTEL
NEW YORK, NY 10266-1056


MICRO MOTION INC
7070 WINCHESTER CIRCLE
BOULDER, CO 80301


MID-SOUTH METALS
637 MONTGOMERY STREET
SHREVEPORT, LA 71107


MIDFLOW SERVICES LLC
812 S. WASHINGTON STREET
MILLERSBURG, OH 44654


Montgomery County Appraisal District
PO Box 2233
Conroe, TX 77305


MOODY-PRICE LLC
DEPARTMENT NO 232
HOUSTON, TX 77210-4869


MOTION INDUSTRIES INC
2201 S EASTMAN RD   (75602)
LONGVIEW, TX 75607-7428

MOTION INDUSTRIES INC
5885 STAPLETON DR N #C312
DENVER, CO 80216


MPI WAREHOUSE SPECIALTY CO
PO BOX 940
CASPER, WY 82602-0940


N.T. RUDDOCK CO
P O BOX 951199
CLEVELAND, OH 44193


NAMASCO CORPORATION
DBA KLOECKNER METALS
SHREVEPORT, LA 71148


NATIONAL OILWELL VARCO L P
10000 RICHMOND AVE STE 100
HOUSTON, TX 77042


NATIONAL TUBE SUPPLY CO.
925 CENTRAL AVE.
UNIVERSITY PARK, IL 60484


NETRMA PROCESSING
PO BOX 16777
AUSTIN, TX 78761


New Century Financial, Inc.
c/o Richard I. Judge
Parkwood One
10077 Grogan's Mill #540
Spring, TX 77380

NEW MEXICO TAXATION & REV
CORPORATE INCOME & FRANCHISE
SANTA FE, NM 87504-5127


NICK STRIMBU INC
3500 PKWY RD
BROOKFIELD, OH 44403-0268


NJ MALIN & ASSOCIATES LLC
PO BOX 843860
DALLAS, TX 75284-3860


NORSE TECHNOLOGIES INC
PO BOX 470548
FORT WORTH, TX 76147-0548


Northeast Natural Energy
707 Virginia Street East
Suite 1200
Charleston, WV 25301-2702


Northeast Natural Energy LLC
707 Virginia Street E.
Suite 1200
Charleston, WV 25301-2702


NORTHRUP EQUIPMENT CO.
595 FIFTH STREET
PARKERSBURG, WV 26101


ODESSA PUMPS & EQUIPMENT
PO BOX 60429
MIDLAND, TX 79711-0429

OEO ENERGY SOLUTIONS
143 E. MAIN STREET
LAKE ZURICH, IL 60047


OGLETREE DEAKINS NASH
SMOAK & STEWART PC
COLUBMIA, SC 29202


OHIO BLASTING EQUIPMENT &
MEDIA INC
AKRON, OH 44301


Ohio Department of Taxation
PO Box 182215
Columbus, OH 43218-2215


Ohio Edison
PO Box 3687
Akron, OH 44309-3687


OHIO TRANSMISSION CORPORATIO
PO BOX 73278
COLUMBUS, OH 44193


Ohio Valley Waste Service
PO Box 432
Mars, PA 16046


OKLAHOMA RUBBER & GASKET CO
PO BOX 3284
TULSA, OK 74101

```
OKLAHOMA TAX COMMISSION
BUSINESS TAX DIVISION (SALES
OKLAHOMA CITY, OK 73126-0850



OLD DOMINION FREIGHT LN INC
PO BOX 60908
CHARLOTTE, TX 28260-0908



ONECIS INSURANCE COMPANY
PO BOX 277908
ATLANTA, GA 30384-7908



OPECO INC
601 SE 30TH STREET
OKLAHOMA CITY, OK 73129



OPENTEXT INC.
2950 SOUTH DELAWARE ST.
SAN MATEO, CA 94403



ORION ICS, LLC
ORION TALENT
CARY, NC 27518



Overhead Door Co. of Tyler
2000 Anthony Drive
Tyler, TX 75701



P & M PARKWAY ASSOCIATES,LLC
1625 DUTCH LANE
HERMITAGE, PA 16148
```

P&M Parkway Associates
1625 Dutch Lane
Hermitage, PA 16148


PA TURNPIKE TOLL BY PLATE
P.O. BOX 645631
PITTSBURGH, PA 15264-5254


Paramount Preferred Sol Inc
dba Procomp
Toledo, OH 43617


PARKER HANNIFIN CANADA
DBA PHOENIX PRECISION LTD
CLEVELAND, OH 44124


PARKER HANNIFIN CORP DBA
PARKER TEXAS THERMOWELL
HOUSTON, TX 77041


Parkwood Holding
17314 SH 249
Suite 115
Houston, TX 77064


PARKWOOD HOLDINGS LTD
17314 SH 249 SUITE 115
HOUSTON, TX 77064


Pat Helgeson
13810 Ember Road
Rapid City, SD 57702

```
PAT K HELGESON
13810 EMBER RD
RAPID CITY, SD 57702



PDQ LOGISTICS LLC
1970 WILLOW LAKE DR
WHITE OAK, TX 75693



PENNSYLVANIA DEPT OF REVENUE
PO BOX 280423
HARRISBURG, PA 17128-0423



PENNSYLVANIA TOOL SALES &
SERVICE INC
YOUNGSTOWN, OH 44512



Peter C. Kratcoski
Williams, Kratcoski & Can, LLC
Eleven South River St., Ste. A
Kent, OH 44240



Petroleum Square
330 Marshall St.
Suite 200
Shreveport, LA 71101



PETROLEUM SQUARE LLC
330 MARSHALL ST STE 200
SHREVEPORT, LA 71101



Philip A. Hewes
Fitzgerald, Franke & Hewes, LLP
53 West Jackson Blvd., Ste. 838
Chicago, IL 60604
```

PHOENIX FORGING CO INC
800 FRONT ST
CATASAUQUA, PA 01803-2343


PILLAR INNOVATIONS, LLC
92 CORPORATE DR.
GRANTSVILLE, MD 21536


PINE ENVIRONMENTAL SERVICES
8413 STERLING STREET
IRVING, TX 75063


PIONEER GASKET COMPANY
PO BOX 968
ROCK SPRINGS, WY 82902


PIPER VALVE SYSTEM LTD CO
1020 E GRAND BLVD
OKLAHOMA CITY, OK 73129


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250


PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
PITTSBURGH, PA 15250


PORTERSVILLE PRD LLC
2680 NEW BUTLER ROAD
NEW CASTLE, PA 16101

POWER CONTROLS INCORPORATED
1205 W CENTER AVE
DENVER, CO 80223


POWER SERVICE INC
5625 CHAPMAN PLACE
CASPER, WY 82602


POWER TOOL & SUPPLY CO INC
3699 LEHARPS ROAD
YOUNGSTOWN, OH 44515


PR NEWSWIRE ASSOC LLC
GPO BOX 5897
NEW YORK, NY 10087-5897


PRECISE THERMAL LLC
PO BOX 470924
CHARLOTTE, NC 28247


PRECISION FITTING & GAUGE CO
DEPT 3653
TULSA, OK 74182


PRECISION PUMP AND VALVE LLC
406 WESLEY RD
LAKE CHARLES, LA 70615


PREFERRED ON-SITE FLEET
SERVICES OF TEXAS LLC
TYLER, TX 75708

PRESCOR INC
8901 NEW SAPULPA RD (74131)
TULSA, OK 74157-0856


PRESTIGE VALVE & SUPPLY LLC
2317 FIELD ST. UNIT R
ODESSA, TX 79761


PRIDE OF THE HILLS MF OF
WOOSTER, LLC
ORRVILLE, OH 44667


Pro Energy Solutions
PO Box 46019
Houston, TX 77210


PROFIRE ENERGY INC
321 S 1250 W
LINDON, UT 84042


PROVEN REALTY
3009 31ST AVE W
WILLISTON, ND 58801


PUFFER-SWEIVEN LP
PO BOX 301124
DALLAS, TX 75303-1124


QAD INC
10000 MIDATLANTIC ST 100
MT LAUREL, NJ 08054

QUALCAL METROLOGY SERVICES
5860 PARK VISTA CIRCLE
FORT WORTH, TX 76244


R & L CARRIERS
PO BOX 713153
COLUMBUS, OH 43271-3153


R J MACHINE
130 NORTH RIDGE ROAD
MARBLE FALLS, TX 78654


R.L. WINFIELD, LLC
3874 RIDGE ROAD, NE
CORTLAND, OH 44410


RAE SYSTEMS INC by honeywell
PO BOX 740532
LOS ANGELES, CA 90074-0532


RANDSTAD NORTH AMERICA INC
PO BOX 7247-6655
PHILADELPHIA, PA 17190-6655


RANGE RESOURCES LLC
100 Throckmorton Street
Suite 1200
Fort Worth, TX 76102-2842


Ranger Field Services
PO Box 7148
Granbury, TX 76049

Raymond A. Neuer
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010


Regency Marcellus Gas
PO Box 132400
Dallas, TX 75313


Rice Drilling B
2200 Rice Drive
Canonsburg, PA 15317-9554


ROBERT HALF INTERNATIONAL
DBA ACCOUNTEMPS
ENGLEWOOD, CO 80111


ROC SERVICE COMPANY LLC
191 ENERGY WAY
BRIDGEPORT, TX 76426


ROCKY MOUNTAIN OILFIELD
WAREHOUSE INC
CASPER, WY 82601


ROEMER INDUSTRIES
1555 MASURY ROAD
MASURY, OH 44438


ROSEMOUNT INC
8200 MARKET BLVD
CHANHASSEN, MN 55317

ROTRONIC INSTRUMENT CORP
135 ENGINEERS ROAD
HAPPAUGE, NY 11788


RUELCO INC
1209 DISTRIBUTORS ROW
NEW ORELANS, LA 70123-2213


Sabine Oil & Gas LLC
1415 Louisiana
Suite 1600
Houston, TX 77002-7490


SAIA MOTOR FREIGHT
PO BOX A STATION 1
HOUMA, LA 70363


SALEM WELDING AND SUPPLY CO
475 PROSPECT STREET
SALEM, OH 44460


SBIBC LLC
PO Box 268
Leavittsburg, OH 44430-0268


SBIBC LLC
PO Box 268
Brookfield, OH 44403


SCOT INDUSTRIES INC
PO BOX 910018
DALLAS, TX 75391

SCS Signal Holdings LLC
PO Box 460109
Houston, TX 77056-8109


SEECO Inc.
PO Box 672625
Houston, TX 77267-2625


SERVICE STEEL AND PIPE INC
PO BOX 7961
SHREVEPORT, LA 71137-7961


SETEX PRODUCTS LLC
PO BOX 800087
KANSAS CITY, MO 64106


SHARP ELECTRONICS CORP.
DBA SHARP BUSINESS SYSTEMS
DALLAS, TX 75312


SHERWIN WILLIAMS COMPANY
10740 BROADWAY AVE STE A
GARFIELD HEIGHTS, OH 44125


SHOPPAS MATERIAL HANDLING
LTD
FORT WORTH, TX 76155


SHREVEPORT RUBBER&GASKET CO
PO BOX 65115
SHREVEPORT, LA 71136-5115

SID TOOL CO INC DBA
MSC INDUSTRIAL SUPPLY CO
MELVILLE, NY 11747-3151


Skillpath Seminars
PO Box 2768
Mission, KS 66201-2768


SNELLING-DALLAS
4055 VALLEY VIEW LANE
DALLAS, TX 75244


SNELLING: HOUSTON
15340 VANTAGE PARKWAY EAST
HOUSTON, TX 77032


SNELLING: TYLER
1225 WSW LOOP 323
TYLER, TX 75701


SOUTH TEXAS SPECIALTY
WELDERS, LLC
PASADENA, TX 77502


SOUTHERN UTILITIES CO INC
218 N BROADWAY
TYLER, TX 75702


Southwestern Energy Production
PO Box 672625
Houston, TX 77267-2625

SPARTA STEEL & EQUIPMENT COR
9875 CHESTNUT AVE SE
EAST SPARTA, OH 44626


SPECIALTY WELDING AND
TURNAROUNDS, LLC
GONZALES, LA 70737


SPUR MACHINE WORKS INC
3182 SPUR 124
TYLER, TX 75707


STAPLES CONTRACT &
COMMERCIAL INC DBA
FRAMINGHAM, MA 01702-4478


STARR MANUFACTURING INC
4175 WARREN SHARON RD
VIENNA, OH 44473


STREAMLINE PRODUCTION SYSTEM
1447 HWY 69 S
KOUNTZE, TX 77625-6957


Stuart
10077 Grogans Mill Road
Suite 200
The Woodlands, TX 77380


STUART PETROLEUM TESTERS INC
DBA STUART PRESSURE CONTROL
THE WOODLANDS, TX 77380

SULZER CHEMTECH USA
PO BOX 700480
TULSA, OK 74170-0480


SUMMERS GROUP INC DBA
DBA REXEL
LONGVIEW, TX 75604


SUMMIT ELECTRIC INC
PO BOX 848345
DALLAS, TX 75284-8345


SUNGARD AVAILABILITY SERV
91233 COLLECTION CENTER DR
CHICAGO, IL 60693


SUNNEN PRODUCTS COMPANY
PO BOX 775304
CHICAGO, IL 60677


SYSTEM ONE HOLDINGS, LLC
P O BOX 644722
PITTSBURG, PA 15264-4722


Tarpon Energy Services
1400 Woodloch Forest Drive
#410
The Woodlands, TX 77380


TAYLOR VALVE TECHNOLOGY INC
8300 SW 8TH ST
OKLAHOMA CITY, OK 73128

TCB AUTOMATION,LLC
601 W 15TH ST
DOVER, OH 44622


TEAM INDUSTRIAL SERVICES INC
12204 E ADMIRAL PL
TULSA, OK 74116


TELADOC INC
PO BOX 123417 DEPT 3417
DALLAS, TX 75312


TELADOC PHYSICIANS PA
PO BOX 123297
DALLAS, TX 75312


TEXAS CUSTOM COATERS
9468 INTERSTATE DRIVE
NAVASOTA, TX 77868


TEXAS FLANGE & FITTING
SUPPLY INC
PEARLAND, TX 77588


Texas Gas Transmission LLC
PO Box 20008
Owensboro, KY 42304-0008


TEXAS PIPING PRODUCTS LLC
13903 HUFFMEISTER ROAD
CYPRESS, TX 77429

TEXAS STATE COMPTROLLER
111 E 17TH STREET
AUSTIN, TX 78774-0100


TEXAS VALVE & FITTING CO LLC
440A EASTMAN ROAD
LONGVIEW, TX 75601


THE FASTENAL CO INC
420 N EASTMAN ROAD
LONGVIEW, TX 75601


THE FURY GROUP
710 N POST OAK RD
HOUSTON, TX 77024


THE GAUGE HOUSE LLC
PO BOX 80426
LAFAYETTE, LA 70598-0426


THE REYNOLDS COMPANY
PO BOX 205653
DALLAS, TX 75320-5653


THE SHERWIN WILLIAMS COMPANY
305 S BECKHAM AVENUE
TYLER, TX 75702


THE WAGGONERS TRUCKING
PO BOX 301420
DALLAS, TX 75303-1420

THERMO PROCESS
INSTRUMENTS L P
FRANKLIN, MA 02038


TMCO INC
P O BOX 40
SIMONTON, TX 77476


TMS DELIVER INC
P O BOX 131060
TYLER, TX 75713


TNT CRANES AND RIGGING INC.
925 SOUTH LOOP WEST
HOUSTON, TX 77054


TOTAL QUALITY LOGISTICS LLC
1701 EDISON DR
MILFORD, OH 45150


TOYOTA INDUSTRIES COMMERCIAL
P O Box 660926
DALLAS, TX 75155-0926


Toyota Industries Commercial
PO Box 660926
Rice, TX 75155-0926


Trealor
dba Aqua Chill Gulf Coast
1312 S. Loop W.
Houston, TX 77054

TRELOAR INC
DBA AQUA CHILL GULF COAST
HOUSTON, TX 77054


TRI TOOL INC
3041 SUNRISE BLVD
RANCHO CORDOVA, CA 95742


Trigger Energy, Inc.
10 74th Street East
Williston, ND 58801


TRINITY HEADS INC
11765 HIGHWAY 6
NAVASOTA, TX 77868-5070


TSC LOGISTICS
111 FOUNDERS DRIVE
BATON ROUGE, LA 70810


TXU ENERGY
PO BOX 650638
DALLAS, TX 75265-0638


TYLER INDUSTRIAL SUPPLY CO
PO BOX 120267
TYLER, TX 75712


TYLER WELDERS SUPPLY INC
PO BOX 2040
TYLER, TX 75710

U-Haul Moving & Storage
North Shreveport
1605 N. Hearne
Shreveport, LA 71107


ULINE SHIPPING SUPPLY
SPECIALISTS
WAUKEGAN, IL 60085


UNI-FORM COMPONENTS COMPANY
10703 SHELDON ROAD
HOUSTON, TX 77044


UNIFIRST CORPORATION
18999 PARK AVE PLAZA
MEADVILLE, PA 16335


UNITED RENTALS (NORTH
AMERICA) INC
SHREVEPORT, LA 71103


UNITED WELLHEAD SERVICES INC
DBA T-3 ENERGY SERVICES WELL
HOUSTON, TX 77054


UNUM LIFE INSURANCE CO
OF AMERICA
ATLANTA, GA 30384-6834


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

```
UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001



UPS FREIGHT
P O BOX 650690
DALLAS, TX 75265-0690



UPS Ground Freight
dba UPS Freight
Richmond, VA 23224



US SAFETYGEAR INC
PO BOX 309
LEAVITTSBURG, OH 44430



VALLEY INDUSTRIAL TRUCKS
1152 MEADOWBROOK AVE
YOUNGSTOWN, OH 44512



VALTRONICS INC
43 RITMORE DRIVE
RAVENSWOOD, WV 26164



VECTOR CONTROLS LLC
PO BOX 732145
DALLAS, TX 75373-2145



Vectren Energy Delivery
PO Box 209
Evansville, IN 47700-0209
```

Veolia North America Inc
53 State Street
14th Floor
Boston, MA 02109


Verizon
PO Box 660108
Dallas, TX 75266-0108


VINSON PROCESS CONTROLS
PO BOX 671389
DALLAS, TX 75267-1389


W D NORTON INC
DBA OVERHEAD DOOR COMPANY OF
TYLER, TX 75701


W W GRAINGER INC DBA
GRAINGER
LONGVIEW, TX 75606-3524


WEAMCO INC
DBA WEAMCOMETRIC
SAPULPA, OK 74066


WEBB INDUSTRIES
DBA WEBB CORPORATION
WEBB CITY, MO 64870


WELD WORX LLC
3220 FM 2767
TYLER, TX 75708

WELKER INC
PO BOX 138
SUGAR LAND, TX 77487-0138


WELLMARK COMPANY
P O BOX 732733
DALLAS, TX 75373-2733


WELLS FARGO FINANCIAL LEASIN
P O BOX 10306
DES MOINES, IA 50306-0306


Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306


White Deer Energy
700 Louisiana Street
Suite 4770
Houston, TX 77002


WHITE DEER MANAGEMENT LLC
700 LOUISIANA ST STE 4770
HOUSTON, TX 77002


WHOLESALE ELECTRIC SUPPLY
CO INC
TEXARKANA, TX 75501


WIKA INSTRUMENT CORPORATION
1000 WIELAND BLVD
LAWRENCEVILLE, GA 30043

William Wesley Carnes Sr.
c/o John L. Slejk
526 Moosic Street, 2nd Floor
Scranton, PA 18505


WKBN
PO BOX 403911
ATLANTA, GA 30384


WOLSELEY INDUSTRIAL GROUP IN
ATTN FEI2735
DALLAS, TX 75284


Work Wear Safety Shoes
6318 Airport Freeway
Haltom City, TX 76117


Wyoming Dept of Revenue
Dept of Revenue
Herschler Building
Cheyenne, WY 82002-0110


YOUNGS VENDING
200 SNYDER ROAD
HERMITAGE, PA 16148


YOUR BUSINESS SOLUTIONS
21 WATERWAY AVE STE 300
THE WOODLANDS, TX 77380


ZMAC TRANSPORTAION SOLUTIONS
LLC
RACINE, WI 53403